**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.99-804-CR-ALTONAGA**

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.                                                                            Minutes
                                                                       CHANGE OF PLEA

**EUGENIO MONTOYA SANCHEZ**,

    Defendant.
_____/

    On January 23, 2009, the above named Defendant appeared in person before the Honorable CECILIA M. ALTONAGA, United States District Judge, with Rubin Oliva,Esq., Counsel appointed by the Court/retained by the Defendant, and said defendant stated in Open Court that he/she desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to Counts One and ten of the Fifth Superseding Indictment.

    After the Defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the Defendant guilty as charged.

    Whereupon:

- ( ) The Court proceeded to pronounce sentence.
- (X) The Court postponed sentencing until April 3, 2009 @ 9:30
- ( ) and the Defendant is allowed to remain on present bond until then;
- ( ) and the Defendant was remanded to the custody of the U.S. Marshal until a $_____ bond is posted;
- (X) and the Defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

Court Reporter: Barbara Medina
Interpreter: Irene Tomasinni, Nila Christian
Deputy Clerk: Patricia Snead    AUSA: Michael Davis
Duration of hearing:    1 hour