```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION

                      Case 99-804-CR-Altonaga


THE UNITED STATES OF AMERICA,

            Plaintiff,
                                              MIAMI, FLORIDA
     vs.
                                              APRIL 28, 2009
EUGENIO MONTOYA SANCHEZ,

            efendant.
_____

                  TRANSCRIPT OF SENTENCING PROCEEDINGS
                 BEFORE THE HONORABLE CECILIA M. ALTONAGA,
                     UNITED STATES DISTRICT JUDGE


APPEARANCES:


FOR THE GOVERNMENT:

                         MICHAEL S. DAVIS, A.U.S.A.
                         Office of the U.S. Attorney
                         99 N.E. 4th Street
                         Miami, FL  33132 - 305.961.9027
                         michael.davis2@usdoj.gov




FOR THE DEFENDANT:

                         RUBEN OLIVA, ESQ.
                         Rojas & Oliva
                         15800 Pines Boulevard, Ste. 206
                         Pembroke Pines, FL 33027
                         305.373.6768
                         oliva@rojasoliva.com



        TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION
```

April 28, 2009

```
 1
    REPORTED BY:
 2
                              BARBARA MEDINA,
 3                            Official United States Court Reporter
                              Wilkie D. Ferguson, Jr.
 4                            United States Courthouse
                              400 North Miami Avenue, Ste. 12-2
 5                            Miami, FL   3128 -   305.523.5518
                                          (Fax) 305.523.5519
 6                            Email:  barbara.medina127@gmail.com

 7                             - - - -
                         TABLE OF CONTENTS
 8
                                                              Page
 9
    Reporter's Certificate ..................................... 12
10

11
                         INDEX TO EXHIBITS
12
    Exhibits                    Marked for          Received
13                              Identification      in Evidence

14  Description                 Page      Line      Page    Line

15
                         CITATION INDEX
16
                                                              Page
17

18                     SIDEBAR CONFERENCE INDEX

19  Descriptions                                              Page

20                     ADMINISTRATIVE CONVENTIONS:

21       When counsel does not identify themselves each time they

22  address the Court during a telephone conference, the

23  industry-standard speaker identification is indicated by

24  chevrons, i.e., >>>:

25
```

April 28, 2009

```
 1                THE COURT:  Please be seated.  Good morning.
 2                MR. DAVIS:  Good morning.
 3                MR. OLIVA:  Good morning.
 4                THE COURT:  In the matter of the United States versus
 5   Eugenio Montoya Sanchez, could I have counsel state your
 6   appearance.
 7                MR. DAVIS:  Good morning.  Michael Davis, for the
 8   United States.  With me at counsel table are FBI Special Agents
 9   Hank Twehues and Thomas Clark.
10                THE COURT:  Good morning.
11                MR. OLIVA:  Good morning, Your Honor.  Rubin Oliva, on
12   behalf of my client.  He is present and we're prepared to
13   proceed with the aid of the interpreter.
14                THE COURT:  And from Probation?
15                THE PROBATION OFFICER:  Good morning, Your Honor.
16   Rick García with Probation.
17                THE COURT:  Mr. Montoya Sanchez, we're here for your
18   sentencing hearing.  Have you had the ability of reviewing with
19   your attorney the presentence investigation report?
20                THE DEFENDANT (through Interpreter):  Yes, Your Honor.
21                THE COURT:  I have not received any objections to that
22   report and my understanding is that the parties are in
23   agreement as to a sentence.
24                Is that correct?
25                MR. DAVIS:  Yes.
```

```
 1            MR. OLIVA:  Yes, Your Honor.
 2            THE COURT:  That would be a sentence of 360 months as
 3   to Counts I and X.  Is that right?
 4            MR. DAVIS:  Yes, Your Honor.
 5            MR. OLIVA:  Yes, Your Honor.
 6            THE COURT:  Is there anything else that either counsel
 7   and/or the defendant would like to say?
 8            MR. OLIVA:  Your Honor, if the Court is inclined to
 9   follow the parties' recommendation, I really would not have any
10   further presentation other than to point out that my client has
11   promptly accepted his responsibility.  He is extremely
12   remorseful.
13            We did not even ask for any discovery and it was his
14   intention from the get-go to face the charges and accept full
15   and complete responsibility for all of his actions as reflected
16   in the factual statement that he agreed to, of which part of it
17   was information he, himself, provided.
18            I would note that the defendant has been -- and I
19   would ask the Court to note that in the J&C in terms of the
20   jail credit since the time of his arrest in Colombia.  Also, I
21   would note for the Court, in addition, the defendant has been
22   in solitary confinement for the entire time he has been here in
23   the United States.
24            For all of those reasons and more, we would urge the
25   Court to follow the parties' recommendation.
```

April 28, 2009

```
 1              THE COURT:  Thank you.
 2         Mr. Davis.
 3              MR. DAVIS:  Just very briefly, Your Honor.
 4              Consistent with much of what Mr. Oliva said,
 5  Mr. Montoya Sanchez's factual statement he signed at the time
 6  of his change of plea was very comprehensive.  I think he
 7  certainly made a very comprehensive acceptance of
 8  responsibility.  He accepted responsibility at an early stage
 9  in the proceedings.
10              As Mr. Oliva noted, he did not ask for discovery.  It
11  was his intention all along to try to resolve the charges.  The
12  Government did not have to start its trial preparation and the
13  government, indeed, didn't even have to contemplate taking
14  steps towards starting its trial preparations.
15              A 30 year sentence is a very substantial sentence, but
16  we think it's one that is warranted in this case, Your Honor.
17              THE COURT:  Is there anything the defendant would like
18  to say?
19              MR. OLIVA:  Your Honor, the defendant has a written
20  statement he would like to make.
21              THE COURT:  He may remain seated.
22              THE DEFENDANT:  Thank you, Your Honor.
23              First of all, I'm not hearing now.
24              First of all, I ask God, my mother, my wife, my
25  children and society for forgiveness, for all of society, for
```

1  the harm I've caused based on the decisions I made, and for my
2  children, to my children, for the absence of their father like
3  the one that I experienced in my own childhood, something that
4  marked me for the rest of my life.
5              I also want to apologize to Mr. García's family and
6  for this unfortunate fact and event, I feel profound remorse,
7  and for all of my attitudes and behavior during the time that I
8  was associated with the organization and the conflict.
9              Unfortunately, being an adolescent and working legally
10 in the farm with my mother, we were forced to leave our land
11 because of crime and the guerrilla.  Had it not been like this,
12 we would have been able to live a peaceful, quiet and humble
13 life.  But there is no justification whatsoever for what I did.
14             To Your Honor and to the United States, I apologize
15 for my wrongdoing and I ask for a second opportunity to correct
16 my mistakes and I will never get involved in anything like this
17 again.
18             I pray to God that he give me a good heart, to love
19 and be loved, and become a better person every day so that with
20 his help, I can improve many things, and that he forgive me for
21 the harm I may have caused, and that he may bless those who may
22 have been damaged by my behavior.
23             Thank you.
24             THE COURT:  Thank you.
25             I'm very familiar with the facts of this case and we

```
 1  had a very detailed and comprehensive factual basis for your
 2  guilty plea provided that I went through with you at the time
 3  that I accepted your change of plea.
 4           The parties are recommending to the Court that I
 5  sentence you at the low end of the applicable guideline
 6  imprisonment range and the parties have also agreed that your
 7  total offense level should be a level 42.  If the offense level
 8  had been determined to be greater than 42, nevertheless, the
 9  government agreed to recommend that I sentence you to 360
10  months.
11           The guideline calculations, which the parties do not
12  object to, shows that you are, indeed, at an offense level 42
13  for the offenses committed.  At your criminal history category
14  being a 1, the recommended sentence is a sentence of 360 months
15  to life and I will follow the recommendation of the parties,
16  and upon consideration of the factors under 18 U.S. Code §
17  3553, it is the judgment of the Court, Mr. Montoya Sanchez,
18  that you should be committed to the Bureau of Prisons to be
19  imprisoned for 360 months as to Counts I and X, such term of
20  imprisonment to be served concurrently.
21           Is there restitution?
22           MR. DAVIS:  There may be restitution, Your Honor.
23  We've had difficulty contacting the victim's family to get the
24  information, so we're going to ask for an additional 90 days
25  for the setting of the final determination.
```

April 28, 2009

1          MR. OLIVA:  They're entitled to it under the statute
2    and we have no objection.
3          THE COURT:  Because there will be an order of
4    restitution, I will not order a fine.  We'll set a hearing as
5    to the amount of restitution.  Let me set that now.  Friday,
6    July 10th at 8:30.
7          Upon your release from imprisonment, Mr. Montoya
8    Sanchez, you will be placed on supervised release for five
9    years as to Counts I and X.
10         Within 72 hours of your release from the custody of
11   the Bureau of Prisons, you will report in person to the
12   Probation Office in the district to which you are released.
13         While on supervised release, you may not commit any
14   crimes.  You are prohibited from possessing a firearm or other
15   dangerous device.  You will not possess any controlled
16   substances.  You will cooperate in the collection of DNA.  You
17   will comply with the standard conditions of supervised release
18   including the following special condition:  You will surrender
19   to Immigration for your removal after imprisonment as is noted
20   in Part G of your presentence report.
21         You must pay immediately to the United States a
22   special assessment of $100 as to each of Counts I and X for a
23   total of $200.
24         There's a forfeiture provision.  Is that right?
25         MR. DAVIS:  There's a forfeiture provision in the

```
 1  Indictment.  We did not seek forfeiture as part of the guilty
 2  plea, but the defendant's plea agreement requires him to
 3  cooperate in all forfeiture proceedings, Your Honor.
 4           THE COURT:  Very well.
 5           MR. DAVIS:  So that may be something later.
 6           I will note, Your Honor, per the PSI and also per our
 7  understanding, all the defendant's assets in Colombia are tied
 8  up by the Colombian government.
 9           THE COURT:  Now that the sentence has been imposed,
10  does the defendant or his attorney object to the Court's
11  findings or the manner in which the sentence was announced?
12           MR. OLIVA:  Your Honor, on behalf of the defendant, WE
13  do not have any objections.  I do have some requests at the
14  appropriate time.
15           THE COURT:  All right.
16           Mr. Montoya Sanchez, you have the right to appeal the
17  sentence imposed.  Any notice of appeal must be filed within 10
18  days after entry of the judgment.  If you are unable to pay the
19  cost of appeal, you may apply for leave to appeal in forma
20  pauperis.
21           I will hear any additional requests.
22           MR. OLIVA:  Yes, Your Honor.  Thank you.
23           Your Honor, I would ask respectfully that the Court
24  include in the Judgment & Commitment Order the provision that
25  would provide for the defendant to receive credit for the time
```

```
 1  that he has served pending extradition while in Colombia, and
 2  specifically as reflected in the presentence investigation
 3  report page 2, the defendant was arrested January 15th, 2007.
 4  So, we would ask that that be noted in the J&C.
 5           Second, Your Honor -- and, again, with respect -- we
 6  would ask the Court to include in the Judgment & Commitment
 7  Order a recommendation to the Bureau of Prisons, and it would
 8  only be a recommendation, that the defendant be incarcerated at
 9  the Coleman Federal Complex.  Specifically, we would ask for
10  the FCI at Coleman.
11           We would ask that based on the fact that his family,
12  as you are aware, reside here in South Florida.  Also the fact
13  that he has medical conditions that I think would be
14  appropriate to be addressed at Coleman.
15           So, for those reasons, we would respectfully ask the
16  Court make that recommendation.
17           THE COURT:  The parties have agreed that he should
18  receive credit for time served.
19           MR. DAVIS:  Yes, Your Honor.
20           And with respect to the designation, of course, we
21  defer to the Court's discretion as far as its recommendation.
22           I'm not certain the Bureau of Prisons is going to be
23  able to accommodate that request.  There are different people
24  associated in this case in various prisons in the United States
25  and I believe the defendant's brother is at Coleman.  I don't
```

```
 1  know if the Bureau of Prisons is going to want to put the two
 2  of them together.
 3          Once again, I'll leave that up to the Court and the
 4  Bureau of Prisons.
 5          THE COURT:  I will certainly include that
 6  recommendation and, of course, follow the wishes of the parties
 7  that he should be given credit for time served since his arrest
 8  on January 15th, 2007.
 9          MR. OLIVA:  Thank you, Your Honor.
10          THE COURT:  Mr. Montoya Sanchez, good luck to you and
11  you all have a good day.
12          I think you need to dismiss the remaining counts?
13          MR. DAVIS:  Yes, Your Honor.  The Government moves ore
14  tenus to dismiss the remaining counts.
15          THE COURT:  Those are dismissed.
16          MR. OLIVA:  Thank you, Your Honor.  Have a very nice
17  day.
18
19
20
21
22
23
24
25
```

```
 1                    C E R T I F I C A T E

 2          I hereby certify that the foregoing is an accurate

 3   transcription of proceedings in the above-entitled matter.

 4                              [signature]

 5    02/08/11                  _____
          DATE                  BARBARA MEDINA
 6                              Official United States Court Reporter
                                400 North Miami Avenue, Suite 12-2
 7                              Miami, FL  33128 - 305.523.5518
                                         (Fax) 305.523.5519
 8                              Email:  barbara.medina127@gmail.com

 9

10

...

25
```

### A

**ability** 3:18
**able** 6:12 10:23
**above-entitled** 12:3
**absence** 6:2
**accept** 4:14
**acceptance** 5:7
**accepted** 4:11 5:8 7:3
**ACCESS** 1:25
**accommodate** 10:23
**accurate** 12:2
**actions** 4:15
**addition** 4:21
**additional** 7:24 9:21
**address** 2:22
**addressed** 10:14
**ADMINISTRATIVE** 2:20
**adolescent** 6:9
**Agents** 3:8
**agreed** 4:16 7:6,9 10:17
**agreement** 3:23 9:2
**aid** 3:13
**ALTONAGA** 1:11
**AMERICA** 1:4
**amount** 8:5
**and/or** 4:7
**announced** 9:11
**apologize** 6:5,14
**appeal** 9:16,17,19,19
**appearance** 3:6
**APPEARANCES** 1:13
**applicable** 7:5
**apply** 9:19
**appropriate** 9:14 10:14
**APRIL** 1:7
**arrest** 4:20 11:7
**arrested** 10:3
**assessment** 8:22
**assets** 9:7
**associated** 6:8 10:24
**attitudes** 6:7
**attorney** 1:16 3:19 9:10
**Avenue** 2:4 12:6
**aware** 10:12
**A.U.S.A** 1:15

### B

**BARBARA** 2:2 12:5
**barbara.medina127@gmail.com** 2:6 12:8
**based** 6:1 10:11
**basis** 7:1
**behalf** 3:12 9:12
**behavior** 6:7,22
**believe** 10:25
**better** 6:19
**bless** 6:21
**Boulevard** 1:21
**briefly** 5:3
**brother** 10:25
**Bureau** 7:18 8:11 10:7,22 11:1,4

### C

**C** 12:1,1
**calculations** 7:11
**case** 1:3 5:16 6:25 10:24
**category** 7:13
**caused** 6:1,21
**CECILIA** 1:11
**certain** 10:22
**certainly** 5:7 11:5
**Certificate** 2:9
**certify** 12:2
**change** 5:6 7:3
**charges** 4:14 5:11
**chevrons** 2:24
**childhood** 6:3
**children** 5:25 6:2,2
**CITATION** 2:15
**Clark** 3:9
**client** 3:12 4:10
**Code** 7:16
**Coleman** 10:9,10,14,25
**collection** 8:16
**Colombia** 4:20 9:7 10:1
**Colombian** 9:8
**commit** 8:13
**Commitment** 9:24 10:6
**committed** 7:13,18
**complete** 4:15
**Complex** 10:9
**comply** 8:17
**comprehensive** 5:6,7 7:1
**concurrently** 7:20
**condition** 8:18
**conditions** 8:17 10:13
**conference** 2:18,22
**confinement** 4:22
**conflict** 6:8
**consideration** 7:16
**Consistent** 5:4
**contacting** 7:23
**contemplate** 5:13
**CONTENTS** 2:7
**controlled** 8:15
**CONVENTIONS** 2:20
**cooperate** 8:16 9:3
**correct** 3:24 6:15
**cost** 9:19
**counsel** 2:21 3:5,8 4:6
**counts** 4:3 7:19 8:9,22 11:12,14
**course** 10:20 11:6
**Court** 1:1 2:3,22 3:1,4,10,14,17,21 4:2,6,8,19 4:21,25 5:1,17,21 6:24 7:4,17 8:3 9:4,9,15,23 10:6,16,17 11:3,5,10,15 12:6
**Courthouse** 2:4
**COURTROOM** 1:25
**Court's** 9:10 10:21
**credit** 4:20 9:25 10:18 11:7
**crime** 6:11
**crimes** 8:14
**criminal** 7:13
**custody** 8:10

### D

**D** 2:3
**damaged** 6:22
**dangerous** 8:15
**DATE** 12:5
**Davis** 1:15 3:2,7,7,25 4:4 5:2,3 7:22 8:25 9:5 10:19 11:13
**day** 6:19 11:11,17
**days** 7:24 9:18
**decisions** 6:1
**defendant** 1:19 3:20 4:7,18,21 5:17,19,22 9:10 9:12,25 10:3,8
**defendant's** 9:2,7 10:25
**defer** 10:21
**Description** 2:14
**Descriptions** 2:19
**designation** 10:20
**detailed** 7:1
**determination** 7:25
**determined** 7:8
**device** 8:15
**didn't** 5:13
**different** 10:23
**difficulty** 7:23
**discovery** 4:13 5:10
**discretion** 10:21
**dismiss** 11:12,14
**dismissed** 11:15
**district** 1:1,1,11 8:12
**DIVISION** 1:2
**DNA** 8:16
**don't** 10:25

### E

**E** 12:1,1
**early** 5:8
**efendant** 1:9
**either** 4:6
**Email** 2:6 12:8
**entire** 4:22
**entitled** 8:1
**entry** 9:18
**ESQ** 1:20
**Eugenio** 1:8 3:5
**event** 6:6
**Evidence** 2:13
**Exhibits** 2:11,12
**experienced** 6:3
**extradition** 10:1
**extremely** 4:11

### F

**F** 12:1
**face** 4:14
**fact** 6:6 10:11,12
**factors** 7:16
**facts** 6:25
**factual** 4:16 5:5 7:1
**familiar** 6:25
**family** 6:5 7:23 10:11
**far** 10:21
**farm** 6:10
**father** 6:2
**Fax** 2:5 12:7
**FBI** 3:8
**FCI** 10:10
**Federal** 10:9
**feel** 6:6
**Ferguson** 2:3
**filed** 9:17
**final** 7:25
**findings** 9:11
**fine** 8:4
**firearm** 8:14
**First** 5:23,24
**five** 8:8
**FL** 1:17,22 2:5 12:7
**Florida** 1:1,6 10:12
**follow** 4:9,25 7:15 11:6
**following** 8:18
**forced** 6:10
**foregoing** 12:2
**forfeiture** 8:24,25 9:1,3
**forgive** 6:20
**forgiveness** 5:25
**forma** 9:19
**Friday** 8:5
**full** 4:14
**further** 4:10

### G

**G** 8:20
**García** 3:16
**García's** 6:5
**get-go** 4:14
**give** 6:18
**given** 11:7
**God** 5:24 6:18
**going** 7:24 10:22 11:1
**good** 3:1,2,3,7,10,11,15 6:18 11:10,11
**government** 1:14 5:12,13 7:9 9:8 11:13
**greater** 7:8
**guerrilla** 6:11
**guideline** 7:5,11
**guilty** 7:2 9:1

### H

**Hank** 3:9
**harm** 6:1,21
**hear** 9:21
**hearing** 3:18 5:23 8:4
**heart** 6:18
**help** 6:20
**history** 7:13
**Honor** 3:11,15,20 4:1,4,5,8 5:3,16,19,22 6:14 7:22 9:3,6,12,22,23 10:5,19 11:9,13,16
**HONORABLE** 1:11
**hours** 8:10
**humble** 6:12

### I

**identification** 2:13,23
**identify** 2:21
**immediately** 8:21
**Immigration** 8:19
**imposed** 9:9,17
**imprisoned** 7:19
**imprisonment** 7:6,20 8:7,19
**improve** 6:20
**incarcerated** 10:8
**inclined** 4:8
**include** 9:24 10:6 11:5
**including** 8:18
**INDEX** 2:11,15,18
**indicated** 2:23
**Indictment** 9:1
**industry-standard** 2:23

**information** 4:17 7:24
**intention** 4:14 5:11
**interpreter** 3:13,20
**investigation** 3:19 10:2
**involved** 6:16
**it's** 5:16
**I'll** 11:3
**I'm** 5:23 6:25 10:22
**I've** 6:1
**i.e** 2:24

---
**J**

**jail** 4:20
**January** 10:3 11:8
**Jr** 2:3
**JUDGE** 1:11
**judgment** 7:17 9:18,24 10:6
**July** 8:6
**justification** 6:13
**J&C** 4:19 10:4

---
**K**

**know** 11:1

---
**L**

**land** 6:10
**leave** 6:10 9:19 11:3
**legally** 6:9
**level** 7:7,7,7,12
**life** 6:4,13 7:15
**Line** 2:14,14
**live** 6:12
**love** 6:18
**loved** 6:19
**low** 7:5
**luck** 11:10

---
**M**

**M** 1:11
**manner** 9:11
**marked** 2:12 6:4
**matter** 3:4 12:3
**medical** 10:13
**MEDINA** 2:2 12:5
**Miami** 1:2,6,17 2:4,5 12:6,7
**Michael** 1:15 3:7
**michael.davis2@usdoj.gov** 1:17
**mistakes** 6:16
**months** 4:2 7:10,14,19
**Montoya** 1:8 3:5,17 5:5 7:17 8:7 9:16 11:10
**morning** 3:1,2,3,7,10,11,15
**mother** 5:24 6:10
**moves** 11:13

---
**N**

**need** 11:12
**never** 6:16
**nevertheless** 7:8
**nice** 11:16
**North** 2:4 12:6
**note** 4:18,19,21 9:6
**noted** 5:10 8:19 10:4
**notice** 9:17
**N.E** 1:16

---
**O**

**object** 7:12 9:10
**objection** 8:2
**objections** 3:21 9:13
**offense** 7:7,7,12
**offenses** 7:13
**Office** 1:16 8:12
**OFFICER** 3:15
**Official** 2:3 12:6
**Oliva** 1:20,21 3:3,11,11 4:1,5,8 5:4,10,19 8:1 9:12,22 11:9,16
**oliva@rojasoliva.com** 1:23
**Once** 11:3
**opportunity** 6:15
**order** 8:3,4 9:24 10:7
**ore** 11:13
**organization** 6:8

---
**P**

**page** 2:8,14,14,16,19 10:3

**part** 4:16 8:20 9:1
**parties** 3:22 4:9,25 7:4,6,11,15 10:17 11:6
**pauperis** 9:20
**pay** 8:21 9:18
**peaceful** 6:12
**Pembroke** 1:22
**pending** 10:1
**people** 10:23
**person** 6:19 8:11
**Pines** 1:21,22
**placed** 8:8
**Plaintiff** 1:5
**plea** 5:6 7:2,3 9:2,2
**Please** 3:1
**point** 4:10
**possess** 8:15
**possessing** 8:14
**pray** 6:18
**preparation** 5:12
**preparations** 5:14
**prepared** 3:12
**present** 3:12
**presentation** 4:10
**presentence** 3:19 8:20 10:2
**prisons** 7:18 8:11 10:7,22,24 11:1,4
**Probation** 3:14,15,16 8:12
**proceed** 3:13
**proceedings** 1:10 5:9 9:3 12:3
**profound** 6:6
**prohibited** 8:14
**promptly** 4:11
**provide** 9:25
**provided** 4:17 7:2
**provision** 8:24,25 9:24
**PSI** 9:6
**put** 11:1

---
**Q**

**quiet** 6:12

---
**R**

**R** 12:1
**range** 7:6
**really** 4:9
**REALTIME** 1:25
**reasons** 4:24 10:15
**receive** 9:25 10:18
**received** 2:12 3:21
**recommend** 7:9
**recommendation** 4:9,25 7:15 10:7,8,16,21 11:6
**recommended** 7:14
**recommending** 7:4
**reflected** 4:15 10:2
**release** 8:7,8,10,13,17
**released** 8:12
**remain** 5:21
**remaining** 11:12,14
**remorse** 6:6
**remorseful** 4:12
**removal** 8:19
**report** 3:19,22 8:11,20 10:3
**REPORTED** 2:1
**Reporter** 2:3 12:6
**Reporter's** 2:9
**request** 10:23
**requests** 9:13,21
**requires** 9:2
**reside** 10:12
**resolve** 5:11
**respect** 10:5,20
**respectfully** 9:23 10:15
**responsibility** 4:11,15 5:8,8
**rest** 6:4
**restitution** 7:21,22 8:4,5
**reviewing** 3:18
**Rick** 3:16
**right** 4:3 8:24 9:15,16
**Rojas** 1:21
**RUBEN** 1:20
**Rubin** 3:11

---
**S**

**S** 1:15
**Sanchez** 1:8 3:5,17 7:17 8:8 9:16 11:10
**Sanchez's** 5:5
**seated** 3:1 5:21

**second** 6:15 10:5
**seek** 9:1
**sentence** 3:23 4:2 5:15,15 7:5,9,14 9:9,11 9:17
**sentencing** 1:10 3:18
**served** 7:20 10:1,18 11:7
**set** 8:4,5
**setting** 7:25
**shows** 7:12
**SIDEBAR** 2:18
**signed** 5:5
**society** 5:25,25
**solitary** 4:22
**South** 10:12
**SOUTHERN** 1:1
**speaker** 2:23
**special** 3:8 8:18,22
**specifically** 10:2,9
**stage** 5:8
**standard** 8:17
**start** 5:12
**starting** 5:14
**state** 3:5
**statement** 4:16 5:5,20
**States** 1:1,4,11 2:3,4 3:4,8 4:23 6:14 8:21 10:24 12:6
**statute** 8:1
**Ste** 1:21 2:4
**steps** 5:14
**Street** 1:16
**substances** 8:16
**substantial** 5:15
**Suite** 12:6
**supervised** 8:8,13,17
**surrender** 8:18

---
**T**

**T** 12:1,1
**table** 2:7 3:8
**telephone** 2:22
**tenus** 11:14
**term** 7:19
**terms** 4:19
**Thank** 5:1,22 6:23,24 9:22 11:9,16
**There's** 8:24,25
**They're** 8:1
**things** 6:20
**think** 5:6,16 10:13 11:12
**Thomas** 3:9
**tied** 9:7
**time** 2:21 4:20,22 5:5 6:7 7:2 9:14,25 10:18 11:7
**total** 1:25 7:7 8:23
**TRANSCRIPT** 1:10
**transcription** 1:25 12:3
**trial** 5:12,14
**try** 5:11
**Twehues** 3:9
**two** 11:1

---
**U**

**unable** 9:18
**understanding** 3:22 9:7
**unfortunate** 6:6
**Unfortunately** 6:9
**United** 1:1,4,11 2:3,4 3:4,8 4:23 6:14 8:21 10:24 12:6
**urge** 4:24
**U.S** 1:16 7:16

---
**V**

**various** 10:24
**versus** 3:4
**victim's** 7:23
**vs** 1:7

---
**W**

**want** 6:5 11:1
**warranted** 5:16
**went** 7:2
**We'll** 8:4
**we're** 3:12,17 7:24
**We've** 7:23
**whatsoever** 6:13
**wife** 5:24
**Wilkie** 2:3
**wishes** 11:6

**working** 6:9
**written** 5:19
**wrongdoing** 6:15

---

**X**

**X** 4:3 7:19 8:9,22

---

**Y**

**year** 5:15
**years** 8:9

---

**$**

**$100** 8:22
**$200** 8:23

---

**1**

**1** 7:14
**10** 9:17
**10th** 8:6
**12** 2:9
**12-2** 2:4 12:6
**15th** 10:3 11:8
**15800** 1:21
**18** 7:16

---

**2**

**2** 10:3
**2007** 10:3 11:8
**2009** 1:7
**206** 1:21
**28** 1:7

---

**3**

**30** 5:15
**305.373.6768** 1:22
**305.523.5518** 2:5 12:7
**305.523.5519** 2:5 12:7
**305.961.9027** 1:17
**3128** 2:5
**33027** 1:22
**33128** 12:7
**33132** 1:17
**3553** 7:17
**360** 4:2 7:9,14,19

---

**4**

**4th** 1:16
**400** 2:4 12:6
**42** 7:7,8,12

---

**7**

**72** 8:10

---

**8**

**8:30** 8:6

---

**9**

**90** 7:24
**99** 1:16
**99-804-CR-Altonaga** 1:3