```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                          MIAMI DIVISION
 3                     Case 99-804-CR-Altonaga
 4
    THE UNITED STATES OF AMERICA,
 5
                    Plaintiff,
 6
                                        MIAMI, FLORIDA
 7      vs.
                                        JANUARY 23, 2009
 8  EUGENIO MONTOYA SANCHEZ,
 9              Defendant.
    _____
10
                      TRANSCRIPT OF PLEA COLLOQUY
11            BEFORE THE HONORABLE CECILIA M. ALTONAGA,
                    UNITED STATES DISTRICT JUDGE
12
    APPEARANCES:
13
    FOR THE GOVERNMENT:
14
                            MICHAEL S. DAVIS, A.U.S.A.
15                          Office of the U.S. Attorney
                            99 N.E. 4th Street
16                          Miami, FL  33132 - 305.961.9027
                            michael.davis2@usdoj.gov
17  FOR THE DEFENDANT:
18                          RUBEN OLIVA, ESQ.
                            Rojas & Oliva
19                          15800 Pines Boulevard, Ste. 206
                            Pembroke Pines, FL 33027
20                          305.373.6868
                            oliva@rojasoliva.com
21  REPORTED BY:
                            BARBARA MEDINA,
22                          Official United States Court Reporter
                            Wilkie D. Ferguson, Jr.
23                          United States Courthouse
                            400 North Miami Avenue, Ste. 12-2
24                          Miami, FL   3128 -   305.523.5518
                                           (Fax) 305.523.5519
25                          Email:  barbmedina@aol.com
```

TABLE OF CONTENTS

Page

Reporter's Certificate ................................... 45

INDEX TO EXHIBITS

| Exhibits | Marked for Identification | | Received in Evidence | |
| --- | --- | --- | --- | --- |
| Description | Page | Line | Page | Line |

CITATION INDEX

Page

United States versus Garcia ............................... 3

SIDEBAR CONFERENCE INDEX

Descriptions                                                  Page

ADMINISTRATIVE CONVENTIONS:

When counsel does not identify themselves each time they address the Court during a telephone conference, the industry-standard speaker identification is indicated by chevrons, i.e., >>>:

3

 1            THE COURT:  Please be seated.  Good morning.

 2            MR. DAVIS:  Good morning.

 3            THE COURT:  United States versus Eugenio Montoya

 4   Sanchez.  Please have a seat.

 5            I think we have a government request for a hearing

 6   under United States versus Garcia.  Mr. Oliva, have you had the

 7   opportunity of discussing those issues with Mr. Montoya

 8   Sanchez?

 9            MR. OLIVA:  Yes, Your Honor, at length.

10            THE COURT:  All right.

11            MR. OLIVA:  Also, for the record, I have also read him

12   the government's motion in Spanish.  I'm fluent in both

13   languages.

14            THE COURT:  My understanding from the motion is that

15   you, Mr. Oliva, represented as a client someone who, if this

16   case were to go to trial, would be a potential witness for the

17   government.  Is that correct?

18            MR. OLIVA:  Multiple clients.

19            THE COURT:  Multiple clients.  Thank you.  I stand

20   corrected.

21            Mr. Davis, why don't you more fully explain here on

22   the record and before the defendant the information the

23   government has and its concern under Garcia?

24            MR. DAVIS:  We have identified at least one of

25   Mr. Oliva's former clients would be a likely witness.

4

1    Mr. Oliva, in an abundance of caution, is advising the Court

2    that he has multiple clients who may be potential witnesses in

3    the case if the case were to go to trial.

4         The conflict that arises is a very potential and

5    attenuated potential conflict, a hypothetical conflict.  It's

6    not one that we believe truly impacts Mr. Oliva's ability to

7    provide effective assistance of counsel to Mr. Montoya Sanchez.

8    However, we are raising it in an abundance of caution.

9         The conflict is the following:  If Mr. Montoya Sanchez

10   were not to plead guilty, Mr. Oliva likely would not be able to

11   represent him at trial, and one may argue as a hypothetical

12   matter that would give Mr. Oliva a potential conflict in that

13   Mr. Oliva may have a personal incentive to encourage

14   Mr. Montoya Sanchez to plead guilty because, once again,

15   Mr. Oliva believes that he likely could not represent

16   Mr. Montoya Sanchez at trial.

17        I say this is a hypothetical conflict because it has

18   been our understanding all along, well before Mr. Oliva's entry

19   into the case, that Mr. Montoya Sanchez wanted to resolve this

20   case by way of change of plea.  Those were our discussions with

21   his initial lawyer, Mr. Dominguez.

22        We also note that Mr. Oliva's reputation in the legal

23   community is that he is somebody who specializes in negotiating

24   resolutions rather than trying these cases and, so, we believe

25   that Mr. Montoya Sanchez engaged Mr. Oliva with the intent to

1   use Mr. Oliva to negotiate a resolution to this case rather

2   than with the intent to go to trial.  But in an abundance of

3   caution, we just wanted all these facts aired before

4   Mr. Montoya Sanchez enters his guilty plea and we want him to

5   waive, to acknowledge his understanding of the conflict, the

6   potential conflict on the record, and we want him to waive that

7   potential conflict on the record.

8           THE COURT:  Thank you.

9           Mr. Oliva, is there anything you want to add before I

10  address my questions to Mr. Montoya Sanchez?

11          MR. OLIVA:  No, Your Honor.  I believe the government

12  covered it.

13          THE COURT:  Mr. Montoya Sanchez, if you would please

14  raise your right hand.

15     [The defendant was sworn through Interpreter at 9:36 a.m.]

16          THE COURT:  Mr. Montoya Sanchez, you have heard the

17  statements that the prosecutor, Mr. Davis, made just a few

18  moments ago and Mr. Oliva earlier indicated that he had read

19  the government's motion that addresses this potential conflict

20  and had discussed these matters with you.

21          Is all of that correct?

22          THE DEFENDANT (through Interpreter):  Yes, Your Honor.

23          THE COURT:  Do you understand the potential conflict

24  that your lawyer has in his representation of you?

25          THE DEFENDANT:  Yes, Your Honor.

1          THE COURT:  Are you waiving, giving up any claim you

2    may have that your lawyer, in fact, has such a conflict of

3    interest?

4          THE DEFENDANT:  Yes, Your Honor.

5          THE COURT:  Is anyone putting any pressure upon you or

6    forcing you to waive any potential conflict of interest that

7    his representation of you may present?

8          THE DEFENDANT:  No, Your Honor.

9          THE COURT:  Very well.

10          I am satisfied, under United States versus Garcia,

11    that the defendant is making a knowing and informed waiver of a

12    potential conflict of interest.

13          I think we now turn to the plea agreement.  Is that

14    correct?

15          MR. DAVIS:  Yes, Your Honor.

16          MR. OLIVA:  Yes, Your Honor.

17          THE COURT:  Mr. Montoya Sanchez, I'm going to be

18    asking you some questions this morning in order to accept your

19    change in plea from a plea of not guilty to a plea of guilty to

20    Counts I and X of the Fifth Superseding Indictment.

21          If at any time you do not understand any of my

22    questions, please let me know and I will try to clarify the

23    question for you.  Also, if at any time you would like to speak

24    with your attorney and consult with him off the record, let me

25    know that and we will pause to give you an opportunity to do

7

1   so.

2          All right?

3          THE DEFENDANT:  Okay.

4          MR. OLIVA:  Your Honor, if I might also respectfully

5   request that my client be allowed to remain seated at counsel

6   table.  In answering your questions, we do want to show due

7   respect to the Court.

8          THE COURT:  I prefer it that way.  It's more

9   comfortable, I think, for everyone concerned.

10         MR. OLIVA:  Thank you.

11         THE COURT:  Mr. Montoya Sanchez, please state your

12  full name.

13         THE DEFENDANT:  Eugenio Montoya Sanchez.

14         THE COURT:  How old are you?

15         THE DEFENDANT:  38-years-old.

16         THE COURT:  How far did you go in school?

17         THE DEFENDANT:  Second year of high school.

18         THE COURT:  And what country are you a citizen of?

19         THE DEFENDANT:  From Cali, Colombia.

20         THE COURT:  Have you ever been treated for a mental

21  illness or for an addiction to narcotic drugs?

22         THE DEFENDANT:  No, Your Honor.

23         THE COURT:  Have you taken any drugs or alcohol in the

24  last 48 hours?

25         THE DEFENDANT:  No, Your Honor.

1    THE COURT:  Do you believe that you have any mental or

2    physical condition or illness that prevents you from

3    understanding what's happening in court this morning?

4    THE DEFENDANT:  No, Your Honor.

5    THE COURT:  And Mr. Oliva, in your opinion is your

6    client competent to enter a guilty plea?

7    MR. OLIVA:  Yes, Your Honor.

8    THE COURT:  Mr. Montoya Sanchez, prior to today did

9    you receive copies of the government's Indictments containing

10   the written charges against you?

11   THE DEFENDANT:  Yes, Your Honor.

12   THE COURT:  And have you discussed all of those

13   Indictments and the case in general with your attorney,

14   Mr. Oliva?

15   THE DEFENDANT:  Yes, Your Honor.

16   THE COURT:  In particular, have you discussed the

17   Fifth Superseding Indictment and the charges contained in that

18   Indictment with your attorney?

19   THE DEFENDANT:  Yes, Your Honor.

20   THE COURT:  Do you also have in front of you a written

21   plea agreement consisting of 12 pages?

22   THE DEFENDANT:  Yes, Your Honor.

23   THE COURT:  And does your signature appear on the last

24   page?

25   THE DEFENDANT:  Yes.

1      THE COURT:  Furthermore, do your initials appear on

2  the bottom of each of the pages of this plea agreement?

3      THE DEFENDANT:  Yes, Your Honor.

4      THE COURT:  Mr. Montoya Sanchez, do you also have in

5  front of you the government's factual basis in support of entry

6  of guilty plea consisting of 14 pages?

7      THE DEFENDANT:  Yes, Your Honor.

8      THE COURT:  And does your signature also appear on the

9  last page of that document?

10      THE DEFENDANT:  Yes, Your Honor.

11      THE COURT:  And, similarly, do your initials appear on

12  the bottom of each of those pages?

13      THE DEFENDANT:  Yes, Your Honor.

14      THE COURT:  And prior to signing these two documents

15  and initialing at the bottom of each of these pages, were these

16  documents translated for you from English to Spanish?

17      THE DEFENDANT:  Yes, Your Honor.

18      THE COURT:  And, similarly, were the Indictments,

19  including the Fifth Superseding Indictment, translated for you

20  from English to Spanish?

21      THE DEFENDANT:  Yes, Your Honor.

22      THE COURT:  Mr. Oliva, I would now ask you if you

23  could please state the steps you have taken to familiarize your

24  client with the charges against him, the government's evidence,

25  any defenses, his right to proceed to trial and the

1  consequences of a guilty plea.

2        MR. OLIVA:  Yes, Your Honor.

3        Beginning with his previous counsel, Mr. Dominguez,

4  who I also -- I'm very aware of, a very esteemed colleague who

5  I know reviewed all of the documents with him -- I, myself,

6  also reviewed the Indictment with my client.  We did discuss

7  the possible defenses to this case.  We discussed the

8  consequences of this case and in furtherance of that I did

9  retain the assistance of the former chief of Probation for this

10  district who I retained as a consultant in helping analyze and

11  evaluate the impact of the, the potential impact of the Federal

12  Sentencing Guidelines, the advisory guidelines on this case.

13        We have had any number of meetings where we have

14  discussed the case, the Indictment, the possible defenses, the

15  evidence that would be potentially proffered by the government

16  against the defendant.

17        In addition, as it relates to the plea agreement and

18  the factual basis, I would advise the Court that both the plea

19  agreement and the factual basis were translated in writing and

20  provided to the defendant, and then we also had multiple

21  discussions regarding those documents, including having

22  requested from the government certain revisions of both which

23  the government, in fact, adopted some of them and rejected some

24  of them, but we had a back and forth as the Court might recall

25  from the last status hearing that I asked for extra time and

1  that time has, in fact, been used for that purpose, to review

2  as we made the changes to the agreement and the factual basis

3  and to discuss those at length.

4         Although my client has been in SHU, the Special

5  Housing Unit, which has made it somewhat difficult to meet with

6  him, we have, nevertheless, met with him on almost -- at least

7  on a weekly basis.

8         THE COURT:  Thank you very much.

9         Mr. Montoya Sanchez, is that your understanding as

10  well, what your attorney has just summarized?

11         THE DEFENDANT:  Yes, Your Honor.

12         THE COURT:  And are you fully satisfied with the

13  counsel, the representation and the advice you have received

14  from your attorney?

15         THE DEFENDANT:  Yes, Your Honor.

16         THE COURT:  What I would like to do at this time with

17  you, Mr. Montoya Sanchez, is go over the written plea

18  agreement.  I won't read it word-for-word into the record, but

19  I do want to go over its essential terms to assure myself that

20  you fully understand and, moreover, that you're entering this

21  plea agreement freely and voluntarily.

22         All right?

23         THE DEFENDANT:  Yes.

24         THE COURT:  As I said earlier, and as paragraph 1 of

25  your plea agreement reflects, you plead guilty today to two

 1    counts of a Fifth Superseding Indictment.

 2           Count I charges you with conspiring to import into the

 3    United States five or more kilograms of cocaine.

 4           Count X charges you with obstruction of the

 5    administration of justice in the case of United States versus

 6    Diego Montoya, case 99-804-Criminal, by threats and by force,

 7    by knowingly and willfully and with malice aforethought aiding,

 8    abetting, inducing and procuring the torture and the killing of

 9    Jhon Jairo García Giraldo, also known as Dos Mil.

10           Do you understand these two charges?

11           THE DEFENDANT:  Yes, Your Honor.

12           THE COURT:  Mr. Davis, I would ask you at this time to

13    please set forth the elements of these two offenses.

14           MR. DAVIS:  Yes, Your Honor.

15           With respect to Count I, the government would have to

16    prove, essentially, three things.

17           First, that the defendant entered into an agreement

18    with one or more persons to violate a provision of the United

19    States law, that provision being the provision that

20    criminalizes the importation of cocaine, the importation of

21    controlled substances into the United States.

22           Second, that he entered into this agreement knowingly

23    and willfully, and, third, that in order to get the 10-year

24    minimum mandatory, that the agreement involved the importation

25    of five or more kilograms of cocaine into the United States.

1               That's as to Count I.

2               As to Count X, there's a number of elements.  The

3  first element is that the defendant corruptly endeavored,

4  second, to obstruct the due administration of justice with

5  respect to a proceeding then pending in a United States

6  District Court -- and that's outlined in the Indictment -- the

7  proceeding being the criminal case against his brother then

8  pending here at the time of the murder.

9               We also have to prove in order to secure the murder

10 penalty that the victim was murdered, that the murder was done

11 knowingly and willfully, it was done by force and threats, and

12 it was done with malice aforethought, that is, knowingly and

13 recklessly, with willful disregard of the victim's well-being.

14              That's, essentially, what we have to prove, Your

15 Honor.

16              THE COURT:  Thank you very much.

17              Mr. Oliva, do you agree that that is a correct

18 statement of the elements of the two offenses?

19              MR. OLIVA:  Yes, Your Honor, I do.

20              MR. DAVIS:  I'm sorry.  I think I may have misdefined

21 what the malice aforethought is.  Malice aforethought just,

22 basically, goes to the defendant's state of mind, that is, to

23 his depravity with respect to the victim.  My apologies.

24              THE COURT:  Thank you.

25              MR. OLIVA:  I agree with that, Your Honor.

1    THE COURT:  Mr. Montoya Sanchez, if you would turn to

2 page 2, paragraph 3.  You agree that I will impose a sentence

3 after considering the Federal Sentencing Guidelines and policy

4 statements.  I will rely, in part, on the results of a

5 presentence investigation report that the Court's Probation

6 Office will prepare after today's date.

7    While I am required to consider the sentence that is

8 produced by application of the advisory guidelines, I am not

9 required to impose a sentence within the guideline range.  In

10 fact, I have the authority to impose a sentence up to the

11 statutory maximum and you may not withdraw your plea as a

12 result of a sentence imposed.

13    Do you understand and agree?

14    THE DEFENDANT:  Yes, Your Honor.

15    THE COURT:  Under paragraph 4 you are informed, and

16 you agree, that although your offenses of conviction carry a

17 potential maximum term of life imprisonment, pursuant to

18 11(c)(1)(C) of the Federal Rules of Criminal Procedure, the

19 parties have agreed that you will not be sentenced to life as a

20 consequence of your guilty plea.

21    Pursuant to 11(c)(1)(C), this paragraph of the plea

22 agreement is binding upon the Court.  If I reject this

23 paragraph of your plea agreement, that will void the agreement.

24    I am allowed to sentence you to a term of imprisonment

25 of any length of years so long as such term is at least 10

1  years and this paragraph of your plea agreement is made

2  necessary in order to effectuate the agreement between the

3  governments of the United States and Colombia reached in

4  connection with your extradition to the United States to face

5  charges in this case.

6  Do you understand and agree?

7  THE DEFENDANT:  Yes, Your Honor.

8  THE COURT:  Under paragraph 5, with respect to the

9  maximum penalties for Counts I and X, you agree as follows:

10  First, as to Count I, you agree that your violation

11  involved 150 kilograms or more of cocaine.  Therefore, I must

12  impose a statutory minimum term of imprisonment of at least 10

13  years.  I may also sentence you to a maximum term of

14  imprisonment of any number of years so long as such term is

15  greater than 10 years.  This term of imprisonment will be

16  followed by a term of supervised release between a minimum of

17  five years all the way up to life.  I may also impose a fine of

18  up to $4 million.

19  As to Count X, I may impose a statutory maximum term

20  of imprisonment of any number of years.  Such term of

21  imprisonment will be followed by supervised release of up to

22  five years and I may impose a fine of up to $250,000.

23  Do you understand what the maximum possible penalties

24  may be?

25  THE DEFENDANT:  Yes, Your Honor.

1          THE COURT:  Under paragraph 7, the U.S. Attorney's

2     Office reserves the right to inform me of any facts that are

3     pertinent to your sentence and to make any recommendations

4     regarding your sentence, restricted only by what it has

5     expressly agreed to do with you in this written plea agreement,

6     and what the government has expressly agreed to do, in addition

7     to what I have previously read, begins in paragraph 8, and that

8     is that you and the government will jointly recommend that I

9     impose a sentence within the advisory sentencing guideline

10    range produced by application of the sentencing guidelines,

11    again, subject to the limitation that I not impose a sentence

12    of life.  Moreover, I must impose a term of imprisonment of at

13    least 10 years.

14          Do you understand and agree?

15          THE DEFENDANT:  Yes, Your Honor.

16          THE COURT:  Pursuant to paragraph 9, the government

17    agrees to recommend that I reduce by two levels the sentencing

18    guideline level applicable to your offense based on your

19    recognition and affirmative and timely acceptance of personal

20    responsibility.

21          If your offense level equals 16 or greater, the

22    government agrees to recommend that I reduce your offense level

23    by an additional one level.  However, the government is not

24    required to make these recommendations if those three

25    conditions listed in paragraph 9 should occur.

 1          Do you understand and agree?

 2          THE DEFENDANT:  Yes, Your Honor.

 3          THE COURT:  Under paragraph 10, you and the government

 4    agree that although it's not binding on Probation or on the

 5    Court, you will should jointly recommend that I make the

 6    following findings and conclusions as to the sentence that I

 7    impose:  First, that the offense guideline applicable to Count

 8    I is § 2D1.1 of the sentencing guidelines.

 9          Two, your offense involved 150 kilograms or more of

10    cocaine.

11          Three, you qualify for a two-level specific offense

12    characteristic for possession of a dangerous weapon in the

13    commission of the offense.

14          Four, that no additional specific offense

15    characteristics under chapter 2 of the guidelines are

16    applicable to your offense conduct.

17          Five, you qualify for a three-level upward adjustment

18    for aggravating role.

19          Six, you qualify for a two-level upward adjustment for

20    obstruction of justice.

21          Seven, apart from your eligibility for a downward

22    adjustment for acceptance of responsibility, no additional

23    upward or downward judgments under chapter 3 of the sentencing

24    guidelines are applicable to your offense conduct.

25          As to Count X, § 2A1.2 of the sentencing guidelines is

1    the offense guideline applicable.

2            Should that read "Count X," gentlemen?

3            MR. OLIVA:  Yes.

4            MR. DAVIS:  That's a typographical error.

5            THE COURT:  Thank you.

6            Number 2, apart from your eligibility for a downward

7    adjustment for acceptance of responsibility, no additional

8    upward or downward adjustments under chapter 3 are applicable

9    to your offense conduct, and as to application of guideline

10   sections 3D1.1 to 3D1.4, you and the government agree that the

11   conduct charged in Count I and the conduct charged in Count X

12   should be grouped under 3D1.2(c) of the guidelines because

13   Count X embodies conduct that is treated as an adjustment to

14   the guideline applicable to Count I.

15           Furthermore, you and the government agree pursuant to

16   these recommended calculations that I have just read that Count

17   I results in a higher offense level than Count X and,

18   therefore, your total offense level is to be determined

19   according to the guidelines that govern Count I.

20           Do you understand and agree to all of these terms?

21           THE DEFENDANT:  Yes, Your Honor.

22           THE COURT:  Under paragraph 11, the government agrees

23   not to recommend any upward departures from the advisory

24   sentencing guideline range and you, in turn, agree that you

25   will not recommend any downward departures from the advisory

1   sentencing guideline range.

2          Nothing prevents the government from seeking a motion

3   for a downward departure under 5K1.1 of the guidelines or rule

4   35 of the Federal Rules of Criminal Procedure.

5          Do you understand and agree?

6          THE DEFENDANT:  Yes, Your Honor.

7          THE COURT:  Under paragraph 12, you are agreeing to

8   provide cooperation to the U.S. Attorney's Office.

9          Under paragraph 13, the U.S. Attorney's Office

10  reserves the right to evaluate the nature and the extent of

11  your cooperation and if in their sole discretion your

12  cooperation assists them in the investigation of other criminal

13  matters, the U.S. Attorney's Office may file a motion either

14  before your sentencing hearing, at the time of your sentencing

15  hearing or even after you have been sentenced reflecting that

16  you have provided substantial assistance and recommending that

17  your sentence be reduced.

18         Nothing in the agreement requires the government to

19  file such a motion and under paragraph 14, if the government

20  does file such a motion, I am under no obligation to grant it.

21         Do you understand and agree?

22         THE DEFENDANT:  Yes, Your Honor.

23         THE COURT:  Pursuant to paragraph 15, you agree that

24  the 14-page factual basis in support of entry of guilty plea is

25  incorporated into your plea agreement and contains true

1 admissions and recitations regarding your involvement in the

2 offenses to which you are pleading guilty.

3       Furthermore, you agree that the factual basis

4 constitutes a sufficient factual basis for your guilty plea to

5 the two offenses charged.

6       You understand and agree that once you enter your

7 guilty plea and I accept it, if for any reason you should

8 withdraw your guilty plea thereafter, the factual basis will be

9 fully admissible against you at any trial and you waive any and

10 all protections you may have under rule 11(f) of the Federal

11 Rules of Criminal Procedure, § 1B1.8(a) of the Sentencing

12 Guidelines and rule 410 of the Federal Rules of Evidence.

13       Do you understand and agree?

14       THE DEFENDANT:  Yes, Your Honor.

15       THE COURT:  Turning to your factual basis, Mr. Montoya

16 Sanchez, page 2:

17       You were born on April 17, 1970 in Trujillo, Valle del

18 Cauca, Colombia.  You are the brother of codefendants, Diego

19 Montoya Sanchez and Juan Carlos Montoya Sanchez, and you are

20 the cousin of codefendant, Carlos Felipe Toro Sanchez.

21       You became involved in cocaine trafficking in

22 approximately 1991 or 1992 and remained involved in that

23 business through the time of your arrest on January 15, 2007.

24       During this time period, you were a high-ranking

25 member in the cocaine trafficking organization headed by your

1   brother, Diego Montoya Sanchez.  Your other brother, Juan

2   Carlos Montoya Sanchez, also served as a high-ranking member of

3   the organization through the time of his arrest on or about

4   December 28th, 2003.

5         Your cousin, Carlos Felipe Toro Sanchez, eventually

6   became a high-ranking member of the organization until his

7   arrest which also occurred on December 28, 2003.

8         Where this factual statement uses the term "the

9   Montoya Organization," it references the cocaine trafficking

10  organization led by your brother, Diego, and in which you were

11  a high-ranking manager, as were Juan Carlos Montoya Sanchez and

12  Carlos Felipe Toro Sanchez.

13        The Montoya Organization's drug trafficking activities

14  included operations conducted out of the Colombia Department of

15  Valle del Cauca which contains the region of Colombia known as

16  the North Valley that includes rural areas used for the

17  processing of cocaine.

18        During the time in which what was known as Colombia's

19  Cali Cartel was active, traffickers based in Colombia's North

20  Valley served as a source of supply to traffickers centered in

21  Cali, Colombia, an urban area.

22        The Montoya Organization, along with other

23  organizations operating out of the North Valley, became part of

24  what has been termed as the North Valley Cartel.

25        Following the decline of the Cali Cartel in the

1    mid-1990s, the North Valley Cartel rose to become Colombia's

2    most prolific cocaine trafficking cartel.  Members of the North

3    Valley Cartel processed cocaine and exported it to Mexico and

4    the United States.

5         During your approximately 15-year participation in

6    cocaine trafficking, you were a high-ranking member of a major

7    North Valley Cartel organization, that is, the Montoya

8    Organization, that produced and exported cocaine to locations

9    in the United States that included the Southern District of

10   Florida.

11        In the mid-1980s you and Juan Carlos Montoya Sanchez

12   entered the cocaine trafficking business --

13        MR. DAVIS:  Your Honor, I believe it's Diego Montoya

14   Sanchez.

15        THE COURT:  Thank you.

16        -- Diego Montoya Sanchez and Juan Carlos Montoya

17   Sanchez entered the cocaine trafficking business by operating

18   cocaine producing laboratories and processing cocaine base into

19   cocaine hydrochloride for other drug traffickers operating in

20   Valle del Cauca.

21        As Diego Montoya Sanchez' and Juan Carlos Montoya

22   Sanchez' collective success and prominence within the drug

23   trade increased, they began acquiring large tracts of land

24   within the central and northern regions of Valle del Cauca.  On

25   land under its control, the Montoya Organization increased the

1    cocaine production of its laboratories.

2          By the late 1980s, the Montoya Organization was

3    producing multi-ton qualities of cocaine for export from

4    Colombia, as well as a significant source of supply for major

5    Colombian drug traffickers, Jose Orlando Henao Montoya, Efrain

6    Hernandez and Ivan Urdinola Grajales.

7          The Montoya Organization continued operating its

8    cocaine laboratories until approximately 1996 or 1997 when it

9    discontinued operation of the laboratories and began purchasing

10   its cocaine from other producers within Colombia.

11         During the late 1980s and early 1990s, the Montoya

12   Organization owned several airplanes that it used to support

13   its drug trafficking activities.  Diego Montoya Sanchez and

14   Juan Carlos Montoya Sanchez oversaw these activities.

15         Montoya Organization planes were used to fly cocaine

16   base from Peru to be processed at Montoya Organization

17   laboratories in Colombia and also to fly from Colombia to

18   Mexico loads of the processed cocaine that were owned by the

19   Montoya Organization and other North Valley traffickers.

20         The Montoya Organization and other North Valley

21   traffickers used airstrips in Valle del Cauca to send the

22   cocaine-laden flights to Mexico.  Many of the airstrips

23   utilized were located on ranches owned or controlled by the

24   Montoya Organization and other North Valley Cartel traffickers.

25         The processed cocaine flown to Mexico subsequently was

1  smuggled into the United States for further distribution.  Once

2  in Mexico, the cocaine generally was smuggled into the United

3  States over land.

4       The Montoya Organization worked with several major

5  drug traffickers during the time when aircraft was the primary

6  method of exporting cocaine from Colombia.  Because of the

7  strength and quality of his connections with Mexican drug

8  trafficking organizations and his extensive drug distribution

9  network in the United States, North Valley trafficker Juan

10 Carlos Ramirez Abadia, also known as Chupeta, was one of the

11 Montoya Organization's associates in these ventures.  The

12 Montoya Organization also flew cocaine loads into Mexico with

13 major North Valley traffickers such as Eduardo Restrepo

14 Victoria, also known as El Socio, and Luis Hernando Gomez

15 Bustamante, also known as Rasguno, frequently using airstrips

16 in Colombia controlled by these individuals.

17      In participating with other traffickers and flying

18 cocaine loads to Mexico, the Montoya Organization purchased or

19 invested in a percentage of the cocaine cargo with the other

20 traffickers also purchasing and investing in portions of the

21 cargo.

22      Until approximately 1991 or 1992, Diego Montoya

23 Sanchez and Juan Carlos Montoya Sanchez were responsible for

24 handling the organization's finances.  As the profits from the

25 Montoya Organization drug trafficking increased, however, the

1   Montoya Organization needed to enlist a trusted individual who

2   would be responsible for overseeing the organization's drug

3   finances.  In approximately 1991 or 1992, Diego Montoya Sanchez

4   recruited you to manage the organization drug proceeds and to

5   oversee investments as part of the family cocaine trafficking

6   business.

7         You were well aware of all essential aspects of the

8   family cocaine trafficking business and you well knew that your

9   activities were designed to further the Montoya Organization's

10  activities in smuggling cocaine out of Colombia for eventual

11  importation into the United States.

12        As part of your role in overseeing organization

13  financial activities, you maintained and oversaw Montoya

14  Organization stash houses used to store cash drug proceeds.

15        The Montoya Organization often maintained between $18

16  million and $20 million in cash drug proceeds collectively in

17  its different stash houses around Colombia, sometimes storing

18  as much as between $6 million and $8 million in a single stash

19  house.  Cash drug proceeds stored in these stash houses

20  included drug proceeds generated from the activities of the

21  Montoya Organization, as well as drug proceeds generated by the

22  activities of other prominent North Valley Cartel drug

23  traffickers and held on their behalf.

24        Cash drug proceeds stored in these stash houses

25  generally were in the form of United States currency.  You used

1   Montoya Organization drug proceeds to pay various expenses

2   incurred by the organization.   These expenses included

3   purchasing laboratory chemicals for Montoya Organization

4   cocaine laboratories, as well as laboratories operated by other

5   North Valley Cartel traffickers, purchasing cocaine paste to be

6   processed at Montoya Organization cocaine laboratories, paying

7   persons who worked in Montoya Organization cocaine

8   laboratories, paying persons in Colombia responsible for

9   transporting Montoya Organization cocaine within Colombia,

10  including to ports and other locations from which it was

11  smuggled to Mexico and elsewhere, and paying persons who

12  provided security and debt collection services to the Montoya

13  Organization.

14        Your role also included conducting transactions on

15  behalf of organization members, oftentimes doing so at the

16  direction of Diego Montoya Sanchez.  The transactions included

17  investments in land and other real estate.  The Montoya

18  Organization used drug proceeds to invest heavily in land and

19  other real estate.

20        Rather than deal in currency or traceable financial

21  instruments, the Montoya Organization frequented bartered

22  vehicles and property to settle debts with other drug

23  traffickers.  The Montoya Organization purposely kept to a

24  minimum financial transactions that involved bank accounts in

25  its members' true names.

1          You also used stored Montoya Organization drug

2    proceeds to fund outside businesses.  These included a

3    Montoya-funded business that obtained and sold computer

4    equipment wholesale in Colombia and elsewhere in South America.

5          In addition, you oversaw the laundering of cash drug

6    proceeds through Colombian banks and casas de cambio to convert

7    them from United States currency to Colombian pesos on behalf

8    of Diego Montoya Sanchez to finance personal and lifestyle

9    expenses.

10          In the early 1990s, the Montoya Organization

11    discontinued its use of air routes in favor of maritime drug

12    shipments to Mexico and Central America.  The switch in

13    smuggling methods was a direct result of increased interdiction

14    efforts against drug trafficking flights.

15          The Montoya Organization invested in monthly multi-ton

16    maritime cocaine shipments with major Colombian traffickers,

17    Juan Carlos Ramirez Abadia, Chupeta, Ivan Urdinola Grajales,

18    Miguel Solano Duran and others.

19          The ultimate destination of the majority of the

20    cocaine sent to Mexico was the United States.  These maritime

21    shipments were frequently coordinated through the drug

22    trafficking organization of Victor Patino Fomeque and his half

23    brother, Luis Alfonso Ocampo Fomeque, also known as Tocayo

24    Patino.

25          During the early and mid-1990s, the Patino drug

1   trafficking organization dominated the maritime trafficking of

2   cocaine from the Colombian Pacific port City of Buenaventura to

3   Mexico.

4        The Montoya Sanchez Organization used both ships and

5   smaller go-fast boats to transport cocaine to Mexico and

6   Central America.  These maritime cocaine shipments were

7   frequently coordinated and handled by the Patino organization

8   or the organization of Miguel Solano Duran.  After Miguel

9   Solano Duran was murdered in January 2003, several of his key

10  associates continued to work with the Montoya Organization.

11       Through the time of your arrest in early 2007, the

12  Montoya Organization continued to maintain a network of

13  contacts in Colombia and Mexico to assist with the smuggling of

14  cocaine into Mexico followed by delivery to Mexican traffickers

15  for ultimate importation into the United States.

16       From the early 1990s through the time of your arrest

17  in January 2007, the Montoya Organization utilized both large

18  ships and go-fast boats on an ongoing basis.

19       At certain times the Montoya Organization was shipping

20  maritime loads of cocaine on a monthly basis.  The loads

21  smuggled through large ships generally were multi-ton loads

22  while the loads sent via go-fast boats generally averaged about

23  one ton per load.  While large numbers of these loads were

24  successfully smuggled into Mexico and elsewhere, law

25  enforcement successfully intercepted and seized a number of

significant loads.  Among these seizures were two seizures in the spring of 2001 of 6,000 and 12,000 kilograms of cocaine respectively, a seizure in December 2001 of approximately 9,300 kilograms of cocaine and a seizure in July 2004 of approximately 2,200 kilograms of cocaine.  Part or all of the seized loads belonged to the Montoya Organization.

Although you were the Montoya Organization member primarily responsible for organization finances, over time your responsibilities expanded.  By 2001, increasing law enforcement pressure upon Diego Montoya Sanchez necessitated spreading some of Diego Montoya Sanchez' duties on to others in the organization.  As a result, sometime in approximately 2003, you started coordinating the shipment of certain organization cocaine loads.

Between approximately 2003 and approximately 2006, you coordinated the shipment of multiple cocaine loads.  These loads ranged between approximately 2,500 kilograms to 3,200 kilograms per load.

In the late 1990s, the Montoya Organization started moving family members to South Florida.  Montoya family members who relocated to South Florida in the late 1990s, or shortly thereafter, included Eugenio Montoya Sanchez' mother, sister, two ex-sisters-in-law, four nephews and a niece.

Eugenio Montoya Sanchez oversaw the laundering of millions of dollars of drug proceeds to help support the

1   luxurious lifestyles of Montoya family members living in South
2   Florida.  The drug proceeds were laundered through shell
3   corporations set up in the British Virgin Islands.  Drug
4   proceeds laundered through this method were used to purchase
5   luxury cars and luxury homes for Montoya family members who had
6   been relocated to South Florida.
7           In October 2002, United States law enforcement agents
8   seized and later forfeited two luxury condominiums and luxury
9   automobiles from Montoya family members residing in South
10  Florida.  The seizures of the Montoya family property, coupled
11  with growing law enforcement pressure from the ongoing
12  investigation of the Montoya Organization, prompted Montoya
13  family members to flee South Florida and return to Colombia.
14          Jhon Jairo Garcia Giraldo, also known as Dos Mil, was
15  a long-time associate of the Montoya Organization.  His
16  responsibilities included obtaining and distributing cell
17  phones and pagers for the Montoya Organization.
18          García Giraldo continued in that role until the time
19  of his death in August 2003.  In June 2003, after learning that
20  García Giraldo was planning to take a trip from Colombia to
21  South Florida, you tasked García Giraldo to deliver money to
22  Solangel Perez Ocampo, Diego Montoya Sanchez' ex-wife while
23  García Giraldo was in South Florida.  Acting at Eugenio Montoya
24  Sanchez' direction in June 2003, García Giraldo delivered drug
25  proceeds to Diego Montoya Sanchez' ex-wife in a location in

1   South Florida.

2         Sometime in or slightly before August 2003, Diego

3   Montoya Sanchez directed you to meet with a Montoya

4   Organization member and instruct the organization member to

5   kidnap and use violence to extract information from Jhon Jairo

6   García Giraldo.  Diego Montoya Sanchez relied upon you in this

7   regard because of your position of trust within the

8   organization.

9         Diego Montoya Sanchez feared that García Giraldo was

10  cooperating with United States law enforcement.  Diego Montoya

11  Sanchez directed you to instruct the organization enforcer to

12  elicit from García Giraldo whether he was cooperating and what

13  he had told United States law enforcement.  Diego Montoya

14  Sanchez' concerns included whether García Giraldo had been

15  cooperating with United States law enforcement when García

16  Giraldo made the June 2003 delivery of drug proceeds to Diego

17  Montoya Sanchez' ex-wife.

18        You conducted the meeting as directed by Diego Montoya

19  Sanchez.  The subject of the meeting was to convey Diego's

20  instructions and develop a strategy to lure García Giraldo to a

21  remote meeting location in such a way that García Giraldo would

22  not suspect that the purpose was to abduct and interrogate him.

23        Following this meeting, a Montoya Organization member

24  contacted García Giraldo and instructed him to meet at a farm

25  in a rural area outside of Cali, Colombia.  García Giraldo

1  agreed, believing that the purpose of the meeting was for him

2  to deliver phones to be used by Montoya Organization members.

3       García Giraldo went to the farm sometime in early

4  August 2003.  After García Giraldo arrived, multiple Montoya

5  Organization members proceeded to interrogate and beat García

6  Giraldo.  Methods used included hitting García Giraldo with

7  baseball bats in the shins and other parts of the body, holding

8  his head under water and asphyxiating him with a plastic bag

9  over his head.  At intervals, the beatings let up so that

10  García Giraldo would not go into shock and die before the

11  questioning was over.

12       During this questioning, García Giraldo admitted only

13  to being briefly detained when traveling to the United States

14  and to being asked about his travel documents in the United

15  States.  García Giraldo denied being an informant and insisted

16  he had not cooperated with United States law enforcement

17  authorities.

18       The beatings continued and García Giraldo died at the

19  farm.  After García Giraldo died, the assailants at the farm

20  dismembered his remains and disposed of them in a river.

21       Over the course of its existence, the Montoya

22  Organization has used violence in order to protect itself

23  against law enforcement investigations.

24       The Montoya Organization, at the direction of Diego

25  Montoya Sanchez and other high-ranking organization members,

1   have used violence in order to extract from individuals

2   information that the Montoya Organization believed these

3   individuals may have provided to authorities.

4          Also at the direction of Diego Montoya Sanchez and

5   other high-ranking organization members, the Montoya

6   Organization has killed individuals believed to be threats to

7   the organization.

8          The Montoya Organization has used violence and murder

9   to prevent individuals from passing on information to law

10   enforcement, to punish those suspected of doing so and to

11   instill fear in others to deter them from doing the same.

12          You were aware that the form of violence and

13   interrogation employed on García Giraldo was a technique used

14   by the Montoya Organization against persons the organization

15   feared were cooperating with law enforcement.  You further were

16   aware that once questioning was complete, the subjects of the

17   violence and interrogation were rarely allowed to live.

18          When you relayed to the organization enforcer Diego

19   Montoya Sanchez' instructions that García Giraldo be abducted

20   and interrogated for information, you understood the likely

21   consequence was that García Giraldo would be killed.

22          In 1999, Diego Montoya Sanchez was indicted in the

23   United States District Court for the Southern District of

24   Florida in United States versus Diego Montoya, et al., case

25   number 99-804-Criminal.

 1          The charges against Diego Montoya Sanchez in case

 2   99-804 were made public in 2000 and were pending during the

 3   time period of the planning of the abduction of García Giraldo

 4   and García Giraldo's subsequent murder.

 5          At the time of the planning of García Giraldo's

 6   abduction and subsequent murder, the existence of the charges

 7   against Diego Montoya Sanchez in case number 99-804 was well

 8   known within the Montoya Organization, including by Diego

 9   Montoya Sanchez, yourself and numerous other significant

10   members of the Montoya Organization.

11          You understood the abduction and murder of García

12   Giraldo had the purpose of assisting Diego Montoya Sanchez and

13   the Montoya Organization as a whole in tracking potential law

14   enforcement activities against them in case 99-804 and other

15   potential prosecutions, retaliating against García Giraldo for

16   his perceived cooperation with law enforcement, preventing

17   García Giraldo from assisting United States law enforcement in

18   the prosecution of Diego Montoya Sanchez in case number 99-804,

19   as well as in potential prosecutions of other members of the

20   Montoya Organization, instilling fear in others as to the

21   consequences of cooperating with United States law enforcement

22   against Diego Montoya Sanchez and others in the Montoya

23   Organization in case number 99-804, as well as other potential

24   prosecutions, and thereby deterring them from doing so.

25          In October 2003, a multi-year war broke out between

1   the Montoya Organization and the organization of Wilbur Varela,

2   another leading North Valley Cartel trafficker.  During that

3   time, the combatting organizations targeted each other's

4   members and associates for murder and fought to establish

5   dominance within the North Valley Cartel and over its drug

6   trafficking production and support groups.

7        The Montoya Organization funded its war activities

8   through proceeds of cocaine trafficking.  The war between the

9   organizations continued until approximately October 2005 at

10  which point the organizations entered into an uneasy truce with

11  tensions continuing to spark thereafter.

12       You remained an active member of the Montoya

13  Organization during the time period of its war with the Varela

14  Organization.  Your cocaine trafficking and money laundering

15  activities helped support the Montoya Organization war effort.

16  As a leading member of the Montoya Organization, you stood to

17  benefit substantially from the outcome of that war.

18       On January 15, 2007, officers from the Colombian

19  National Police apprehended you on a farm where you had been

20  hiding near El Dovio in Valle del Cauca.

21       As law enforcement approached, you unsuccessfully

22  attempted to flee by boat.  The farm had been staffed by

23  numerous bodyguards.  A post-arrest --

24       MR. DAVIS:  Your Honor, I believe you stated that

25  Mr. Montoya Sanchez attempted to flee by boat.

1          THE COURT:  By foot.  I'm so sorry.  I misspoke.

2          You attempted to flee by foot.

3          The farm had been staffed by numerous bodyguards.  A

4   post-arrest search yielded an array of weapons and munitions,

5   including assault rifles, grenades and other military-type

6   equipment.

7          Up until the time of your arrest, you remained an

8   active participant in the cocaine trafficking and money

9   laundering activities of the Montoya Organization.

10          You remained at large at the time of the arrest of

11   defendant, Eugenio Montoya -- I'm sorry.  Diego Montoya Sanchez

12   remained at large at the time of your arrest and so continued

13   until his arrest by Colombian authorities on September 10,

14   2007.

15          Mr. Montoya Sanchez, are all of the facts that I have

16   read and that are contained in the government's factual basis

17   in support of entry of guilty plea true and correct?

18          THE DEFENDANT:  Yes, Your Honor.

19          THE COURT:  Going back to paragraph 16 of your plea

20   agreement, you are agreeing to provide assistance to the U.S.

21   Attorney's Office in proceedings involving the forfeiture of

22   assets and to assist in locating those assets.

23          Paragraph 17 indicates you're waiving any time or

24   notice requirements in any forfeiture proceeding involving the

25   property and agree not to file a claim in any forfeiture

1    proceeding.

2          You waive any defense or claim of double jeopardy and

3    agree to waive any claim or defense under the 8th Amendment of

4    our Constitution, including a claim of excessive fine.

5          You also understand that any forfeiture of your assets

6    will not be treated as satisfaction of any fine or any other

7    penalty that I may impose upon you.

8          Are all of these facts true and correct?

9          THE DEFENDANT:  Yes, Your Honor.

10         THE COURT:  Under paragraph 19, you are aware that you

11   have the right to appeal a sentence imposed, but in exchange

12   for the agreement that you have negotiated with the government,

13   you are waiving your right to appeal a sentence imposed unless

14   the sentence should exceed the maximum permitted by statute or

15   be the result of an upward departure from the guideline range

16   that I establish at sentencing.

17         Nothing in the agreement affects the government's

18   right to appeal.  If the government does file an appeal, then

19   you are released from your waiver of appellate rights.

20         You are waiving your right to appeal a sentence

21   knowingly and voluntarily and, furthermore, by this agreement

22   you are waiving your right to appeal your sentence on the basis

23   that the sentence is a result of an incorrect application of

24   the sentencing guidelines.

25         Is all of this true and correct?

1        THE DEFENDANT:  Yes, Your Honor.

2        THE COURT:  Under paragraph 20, you are waiving your

3  right to file any motion or any petition, whether under 28 U.S.

4  Code § 2255, 2254 or 2241 or any other provision of law, to

5  collaterally attack your conviction, your sentence or the

6  manner in which the sentence was imposed, again, unless the

7  sentence exceeds the maximum permitted by statute.

8        Is all of this true and correct?

9        THE DEFENDANT:  Yes, Your Honor.

10       THE COURT:  Paragraph 21:  You confirm that you are

11  guilty of the offenses to which you are pleading guilty, that

12  your decision to plead guilty is a decision you have made and

13  that no one has forced, threatened or coerced you into pleading

14  guilty.

15       You have discussed this matter thoroughly with your

16  attorney.  Your discussions with your attorney have included a

17  discussion of possible defenses that you could raise if the

18  case were to go to trial, as well as possible issues and

19  arguments that you may raise at sentencing.

20       Again, you are satisfied with the representation

21  provided by your attorney and you are entering into this

22  agreement knowingly, voluntarily and intelligently and with the

23  benefit of full, complete and effective assistance by your

24  attorney.

25       THE DEFENDANT:  Yes, ma'am.

1          THE COURT:  And, again, you are waiving your right to

2    file any motion or make any claim under 2255, 2254, 2241 or any

3    other provision of law that contests the effectiveness of your

4    attorney's representation up to the time of your entry of this

5    guilty plea.

6          Is all of this true and correct?

7          THE DEFENDANT:  Yes, Your Honor.

8          THE COURT:  Under paragraph 22, the government agrees

9    to recommend that you receive credit for the time you served

10   while in custody in Colombia awaiting extradition.

11         Paragraph 23:  You and the government agree that your

12   total offense level under the sentencing guidelines should

13   equal an offense level of 42.

14         So long as you comply with your obligations under this

15   plea agreement, the government agrees to recommend that I

16   sentence you at the low end of the sentencing guidelines if the

17   application of the guidelines results in a total offense level

18   of greater than a level 42.  So long as you have complied with

19   your obligations under this plea agreement, the government

20   agrees to recommend that I sentence you to a term of

21   imprisonment of 360 months.

22         Do you understand and agree?

23         THE DEFENDANT:  Yes, Your Honor.

24         THE COURT:  Under paragraph 24, it is emphasized that

25   your sentence has not yet been determined by the Court.  Any

1 estimate of a probable sentence or sentencing range that you

2 may have discussed with your attorney or with others would only

3 be a prediction, not a promise.

4       Any recommendation that you and/or the government may

5 make to me with respect to your sentence is a recommendation

6 that I do not have to follow and, again, you may not withdraw

7 your plea of guilty as a result of my decision not to accept a

8 sentencing recommendation that you and/or the government may

9 make to me.

10       Do you understand and agree?

11       THE DEFENDANT:  Yes, Your Honor.

12       THE COURT:  Lastly, paragraph 25 indicates that this

13 12-page agreement is the entire agreement and understanding

14 that you have with the government.  There are no other

15 agreements, promises, representations or understandings.

16       Is all of this true and correct?

17       THE DEFENDANT:  Yes, Your Honor.

18       THE COURT:  Let me go over with you at this time,

19 Mr. Montoya Sanchez, the Constitutional rights that you give up

20 by pleading guilty.

21       You understand that if this case had proceeded to a

22 trial, you would have had the right to be represented by an

23 attorney.  The government would be required to bring witnesses

24 to court who would testify in your presence.  You would have

25 the right to confront those witnesses and have your attorney

 1    cross examine them.  You would have the right to bring

 2    witnesses of your own to testify in your defense and if those

 3    witnesses did not wish to come to court, you could use the

 4    court's compulsory process to get them here.

 5              You would have the right to testify and have your

 6    testimony be considered like that of any other witness in the

 7    case or you could elect to remain silent and if you did so,

 8    that could not be used against you in any way.

 9              You would be entitled to the presumption of innocence.

10    The government would have to prove the charges against you

11    beyond and to the exclusion of every reasonable doubt and that

12    is the highest burden of proof that we have in our system of

13    law.

14              Your case would be tried to a jury consisting of 12

15    members whom you and the government would select and if you

16    lost at trial, you would have the right to take an appeal to a

17    higher court.

18              Do you understand by pleading guilty you give up all

19    of these rights that we associate with trial as well as with

20    appeal?

21              THE DEFENDANT:  Yes, Your Honor.

22              THE COURT:  You also understand, Mr. Montoya Sanchez,

23    that because you are not a citizen of the United States --

24    indeed, you were extradited for this case -- that upon

25    conclusion of any prison sentence that you were to serve, you

```
 1   would then be deported back to the country of Colombia.

 2            THE DEFENDANT:  Yes, Your Honor.

 3            THE COURT:  Is there any area that I have not

 4   addressed with the defendant or with the attorneys that I

 5   should address?

 6            MR. DAVIS:  There's just one matter, Your Honor, very

 7   briefly.

 8            There's a small paragraph in the plea agreement the

 9   Court did not go over, which is paragraph 18, in which the

10   defendant waives his right to make records requests for records

11   of the investigation and prosecution under the Freedom of

12   Information Act or the Privacy Act and I believe that's

13   understood as being part of the agreement.

14            THE COURT:  You understand that as well, Mr. Montoya

15   Sanchez?

16            THE DEFENDANT:  Yes, Your Honor.

17            THE COURT:  How do you now plead to Counts I and X of

18   the Fifth Superseding Indictment, guilty or not guilty?

19            THE DEFENDANT:  Guilty.

20            THE COURT:  It is the finding of the Court that the

21   defendant, Eugenio Montoya Sanchez, is fully competent and

22   capable of entering an informed plea, that he is aware of the

23   nature of the charges and the consequences of his plea based

24   upon his conversations with his attorney and the colloquy

25   before the Court today, that the plea of guilty is a knowing
```

1    and voluntary plea supported by an independent basis in fact

2    containing each of the essential elements of the offenses and

3    that the agreement presented to the Court was voluntarily

4    entered into and is not the result of force, threats or

5    coercion.

6          I also find the defendant has entered his plea

7    agreement with the advice and the assistance of effective and

8    competent counsel.

9          Your plea is, therefore, accepted, Mr. Montoya

10   Sanchez.  You are now adjudged guilty of Counts I and X of the

11   Fifth Superseding Indictment.

12         I will have you back in court for your sentencing

13   hearing on Friday, April 3rd at 9:30.

14         Is there anything additional?

15         MR. DAVIS:  May I have a moment?

16         MR. OLIVA:  Your Honor, I do have an unopposed motion

17   to seal the plea agreement.

18         MR. DAVIS:  That is without objection, Your Honor.

19   The factual proffer, however, would remain part of the open

20   file.

21         MR. OLIVA:  Correct.

22         THE COURT:  Very well.

23         We'll see you in April.

24         MR. DAVIS:  Thank you, Your Honor.

25         THE COURT:  Have a good day.

1          MR. DAVIS:  Have a nice day.

2                        - - - -

3              C E R T I F I C A T E

4          I hereby certify that the foregoing is an accurate

5    transcription of proceedings in the above-entitled matter.

6

7    ___10/15/11_____      _____
         DATE                 BARBARA MEDINA
8                             Official United States Court Reporter
                              400 North Miami Avenue, Suite 12-2
9                             Miami, FL  33128 - 305.523.5518
                                        (Fax) 305.523.5519
10                            barbara.medina127@gmail.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## A

**Abadia** 24:10 27:17
**abduct** 31:22
**abducted** 33:19
**abduction** 34:3,6,11
**abetting** 12:8
**ability** 4:6
**able** 4:10
**above-entitled** 44:5
**abundance** 4:1,8 5:2
**accept** 6:18 20:7 40:7
**acceptance** 16:19 17:22 18:7
**accepted** 43:9
**accounts** 26:24
**accurate** 44:4
**acknowledge** 5:5
**acquiring** 22:23
**Act** 42:12,12
**Acting** 30:23
**active** 21:19 35:12 36:8
**activities** 21:13 23:13,14 25:9,10,13,20,22
   34:14 35:7,15 36:9
**add** 5:9
**addiction** 7:21
**addition** 10:17 16:6 27:5
**additional** 16:23 17:14,22 18:7 43:14
**address** 2:18 5:10 42:5
**addressed** 42:4
**addresses** 5:19
**adjudged** 43:10
**adjustment** 17:17,19,22 18:7,13
**adjustments** 18:8
**administration** 12:5 13:4
**ADMINISTRATIVE** 2:16
**admissible** 20:9
**admissions** 20:1
**admitted** 32:12
**adopted** 10:23
**advice** 11:13 43:7
**advise** 10:18
**advising** 4:1
**advisory** 10:12 14:8 16:9 18:23,25
**affirmative** 16:19
**aforethought** 12:7 13:12,21,21
**agents** 30:7
**aggravating** 17:18
**ago** 5:18
**agree** 13:17,25 14:2,13,16 15:6,9,10 16:14 17:1
   17:4 18:10,15,20,24 19:5,21,23 20:3,6,13
   36:25 37:3 39:11,22 40:10
**agreed** 14:19 16:5,6 32:1
**agreeing** 19:7 36:20
**agreement** 6:13 8:21 9:2 10:17,19 11:2,18,21
   11:25 12:17,22,24 14:22,23,23 15:1,2 16:5
   19:18,25 36:20 37:12,17,21 38:22 39:15,19
   40:13,13 42:8,13 43:3,7,17
**agreements** 40:15
**agrees** 16:17,22 18:22 39:8,15,20
**aiding** 12:7
**air** 27:11
**aircraft** 24:5
**aired** 5:3
**airplanes** 23:12
**airstrips** 23:21,22 24:15
**al** 33:24
**alcohol** 7:23
**Alfonso** 27:23
**allowed** 7:5 14:24 33:17
**ALTONAGA** 1:11
**Amendment** 37:3
**America** 1:4 27:4,12 28:6
**analyze** 10:10
**and/or** 40:4,8
**answering** 7:6
**apart** 17:21 18:6
**apologies** 13:23
**appeal** 37:11,13,18,18,20,22 41:16,20
**appear** 8:23 9:1,8,11
**APPEARANCES** 1:12
**appellate** 37:19
**applicable** 16:18 17:7,16,24 18:1,8,14
**application** 14:8 16:10 18:9 37:23 39:17
**apprehended** 35:19
**approached** 35:21
**approximately** 20:22 22:5 23:8 24:22 25:3 29:3
   29:5,12,15,15,17 35:9
**April** 20:17 43:13,23
**area** 21:21 31:25 42:3
**areas** 21:16

**argue** 4:11
**arguments** 38:19
**arises** 4:4
**array** 36:4
**arrest** 20:23 21:3,7 28:11,16 36:7,10,12,13
**arrived** 32:4
**asked** 10:25 32:14
**asking** 6:18
**aspects** 25:7
**asphyxiating** 32:8
**assailants** 32:19
**assault** 36:5
**assets** 36:22,22 37:5
**assist** 28:13 36:22
**assistance** 4:7 10:9 19:16 36:20 38:23 43:7
**assisting** 34:12,17
**assists** 19:12
**associate** 30:15 41:19
**associates** 24:11 28:10 35:4
**assure** 11:19
**attack** 38:5
**attempted** 35:22,25 36:2
**attenuated** 4:5
**attorney** 1:15 6:24 8:13,18 11:10,14 38:16,16
   38:21,24 40:2,23,25 42:24
**attorneys** 42:4
**attorney's** 16:1 19:8,9,13 36:21 39:4
**August** 30:19 31:2 32:4
**authorities** 32:17 33:3 36:13
**authority** 14:10
**automobiles** 30:9
**Avenue** 1:23 44:8
**averaged** 28:22
**awaiting** 39:10
**aware** 10:4 25:7 33:12,16 37:10 42:22
**a.m** 5:15
**A.U.S.A** 1:14

## B

**back** 10:24 36:19 42:1 43:12
**bag** 32:8
**bank** 26:24
**banks** 27:6
**BARBARA** 1:21 44:7
**barbara.medina127@gmail.com** 44:10
**barbmedina@aol.com** 1:25
**bartered** 26:21
**base** 22:18 23:16
**baseball** 32:7
**based** 16:18 21:19 42:23
**basically** 13:22
**basis** 9:5 10:18,19 11:2,7 19:24 20:3,4,8,15
   28:18,20 36:16 37:22 43:1
**bats** 32:7
**beat** 32:5
**beatings** 32:9,18
**began** 22:23 23:9
**Beginning** 10:3
**begins** 16:7
**behalf** 25:23 26:15 27:7
**believe** 4:6,24 5:11 8:1 22:13 35:24 42:12
**believed** 33:2,6
**believes** 4:15
**believing** 32:1
**belonged** 29:6
**benefit** 35:17 38:23
**beyond** 41:11
**binding** 14:22 17:4
**boat** 25:22,25
**boats** 28:5,18,22
**body** 32:7
**bodyguards** 35:23 36:3
**born** 20:17
**bottom** 9:2,12,15
**Boulevard** 1:19
**briefly** 32:13 42:7
**bring** 40:23 41:1
**British** 31:7
**broke** 34:25
**brother** 13:7 20:18 21:1,1,10 27:23
**Buenaventura** 28:2
**burden** 41:12
**business** 20:23 22:12,17 25:6,8 27:3
**businesses** 27:2
**Bustamante** 24:15

## C

**C** 44:3,3
**calculations** 18:16

**Cali** 7:19 21:19,21,25 31:25
**cambio** 27:6
**capable** 42:22
**cargo** 24:19,21
**Carlos** 20:19,20 21:2,5,11,12 22:11,16,21 23:14
   24:10,23 27:17
**carry** 14:16
**cars** 30:5
**cartel** 21:19,24,25 22:1,2,3,7 23:24 25:22 26:5
   35:2,5
**casas** 24:4
**case** 1:3 3:16 4:3,3,19,20 5:1 8:13 10:7,8,12,14
   12:5,6 13:7 15:5 33:24 34:1,7,14,18,23 38:18
   40:21 41:7,14,24
**cases** 4:24
**cash** 25:14,16,19,24 27:5
**Cauca** 20:18 21:15 22:20,24 23:21 35:20
**caution** 4:1,8 5:3
**CECILIA** 1:11
**cell** 30:16
**centered** 21:20
**central** 22:24 27:12 28:6
**certain** 10:22 28:19 29:13
**Certificate** 2:3
**certify** 44:4
**change** 4:20 6:19
**changes** 11:2
**Chapter** 17:15,23 18:8
**characteristic** 17:12
**characteristics** 17:15
**charged** 18:11,11 20:5
**charges** 8:10,17 9:24 12:2,4,10 15:5 34:1,6
   41:10 42:23
**chemicals** 26:3
**chevrons** 2:20
**chief** 10:9
**Chupeta** 24:10 27:17
**CITATION** 2:10
**citizen** 7:18 41:23
**City** 28:2
**claim** 6:1 36:25 37:2,3,4 39:2
**clarify** 6:22
**client** 3:15 7:5 8:6 9:24 10:6 11:4
**clients** 3:18,19,25 4:2
**cocaine** 12:3,20,25 15:11 17:10 20:21,25 21:9
   21:17 22:2,3,6,8,12,17,18,18,19 23:1,3,8,10
   23:15,18,25 24:2,6,12,18 25:5,8,10 26:4,5
   26:6,7,9 27:16,20 28:2,5,6,14,20 29:2,4,5,14
   29:16 35:8,14 36:8
**cocaine-laden** 23:22
**Code** 38:4
**codefendant** 20:20
**codefendants** 20:18
**coerced** 38:13
**coercion** 43:5
**collaterally** 38:5
**colleague** 10:4
**collection** 26:12
**collective** 22:22
**collectively** 25:16
**colloquy** 1:10 42:24
**Colombia** 7:19 15:3 20:18 21:14,15,21 23:4,10
   23:17,17 24:6,16 25:10,17 26:8,9 27:4 28:13
   30:13,20 31:25 39:10 42:1
**Colombian** 23:5 27:6,7,16 28:2 35:18 36:13
**Colombia's** 21:18,19 22:1
**combatting** 35:3
**come** 41:3
**comfortable** 7:9
**commission** 17:13
**community** 4:23
**competent** 8:6 42:21 43:8
**complete** 33:16 38:23
**complied** 39:18
**comply** 39:14
**compulsory** 41:4
**computer** 27:3
**concern** 3:23
**concerned** 7:9
**concerns** 31:14
**conclusion** 41:25
**conclusions** 17:6
**condition** 8:2
**conditions** 16:25
**condominiums** 30:8
**conduct** 17:16,24 18:9,11,11,13
**conducted** 21:14 31:18
**conducting** 26:14
**conference** 2:14,18
**confirm** 38:10

conflict 4:4,5,5,9,12,17 5:5,6,7,19,23 6:2,6,12
confront 40:25
connection 15:4
connections 24:7
consequence 14:20 33:21
consequences 10:1,8 34:21 42:23
consider 14:7
considered 41:6
considering 14:3
consisting 8:21 9:6 41:14
conspiring 12:2
constitutes 20:4
Constitution 37:4
Constitutional 40:19
consult 6:24
consultant 10:10
contacted 31:24
contacts 28:13
contained 8:17 36:16
containing 8:9 43:2
contains 19:25 21:15
CONTENTS 2:1
contests 39:3
continued 23:7 28:10,12 30:18 32:18 35:9 36:12
continuing 35:11
control 22:25
controlled 12:21 23:23 24:16
CONVENTIONS 2:16
conversations 42:24
convert 27:6
convey 31:19
conviction 14:16 38:5
cooperated 32:16
cooperating 31:10,12,15 33:15 34:21
cooperation 19:8,11,12 34:16
coordinated 27:21 28:7 29:16
coordinating 29:13
copies 8:9
corporations 30:3
correct 3:17 5:21 6:14 13:17 36:17 37:8,25 38:8 39:6 40:16 43:21
corrected 3:20
corruptly 13:3
counsel 2:17 4:7 7:5 10:3 11:13 43:8
Count 12:2,4,15 13:1,2 15:10,19 17:7,25 18:2 18:11,11,13,14,16,17,19
country 7:18 42:1
counts 6:20 12:1 15:9 42:17 43:10
coupled 30:10
course 32:21
court 1:1,22 2:18 3:1,3,10,14,19 4:1 5:8,13,16 5:23 6:1,5,9,17 7:7,8,11,14,16,18,20,23 8:1,3 8:5,8,12,16,20,23 9:1,4,8,11,14,18,22 10:18 10:24 11:8,12,16,24 12:12 13:6,16,24 14:1,15 14:22 15:8 16:1,16 17:3,5 18:5,22 19:7,23 20:15 22:15 33:23 36:1,19 37:10 38:2,10 39:1 39:8,24,25 40:12,18,24 41:3,17,22 42:3,9,14 42:17,20,20,25 43:3,12,22,25 44:8
Courthouse 1:23
court's 14:5 41:4
cousin 20:1 21:5
covered 5:12
credit 39:9
criminal 13:7 14:18 19:4,12 20:11
criminalizes 12:20
cross 41:1
currency 25:25 26:20 27:7
custody 39:10

D

D 1:22
dangerous 17:12
date 14:6 44:7
Davis 1:14 3:2,21,24 5:17 6:15 12:12,14 13:20 18:4 22:13 35:24 42:6 43:15,18,24 44:1
day 43:25 44:1
de 27:6
deal 26:20
death 30:19
debt 26:12
debts 26:22
December 21:4,7 29:3
decision 38:12,12 40:7
decline 21:25
defendant 1:9,17 3:22 5:15,22,25 6:4,8,11 7:3 7:13,15,17,21,25 8:4,11,15,19,22,25 9:3,7 9:10,13,17,21 10:16,20 11:11,15,23 12:11,17 13:3 14:14 15:7,25 16:15 17:2 18:21 19:6,22

defendant's 13:22
defense 37:2,3 41:2
defenses 9:25 10:7,14 38:17
del 20:17 21:15 22:20,24 23:21 35:20
deliver 30:21 32:2
delivered 30:24
delivery 28:14 31:16
denied 32:15
Department 21:14
departure 19:3 37:15
departures 18:23,25
deported 42:1
depravity 13:23
Description 2:7
Descriptions 2:15
designed 25:9
destination 27:19
detained 32:13
deter 33:11
determined 18:18 39:25
deterring 34:24
develop 31:20
die 32:10
died 32:18,19
Diego 12:6 20:18 21:1,10 22:13,16,21 23:13 24:22 25:3 26:16 27:8 29:10,11 30:22,25 31:2 31:6,9,10,13,16,18 32:24 33:4,18,22,24 34:1 34:7,8,12,18,22 36:11
Diego's 31:19
different 25:17
difficult 11:9
direct 27:13
directed 31:3,11,18
direction 26:16 30:24 32:24 33:4
discretion 23:9 27:11
discretion 19:11
discuss 10:6 11:3
discussed 5:20 8:12,16 10:7,14 38:15 40:2
discussing 3:7
discussion 38:17
discussions 4:20 10:21 38:16
dismembered 32:20
disposed 32:21
disregard 13:13
distributing 30:16
distribution 24:1,8
district 1:1,1,11 10:10 13:6 22:9 33:23,23
DIVISION 1:2
document 9:9
documents 9:14,16 10:5,21 32:14
doing 26:15 33:10,11 34:24
dollars 29:25
dominance 35:5
dominated 28:1
Dominguez 4:21 10:3
don't 3:21
Dos 12:9 30:14
double 37:2
doubt 41:11
Dovio 35:20
downward 17:21,23 18:6,8,25 19:3
drug 21:13 22:19,22 23:5,13 24:5,7,8,25 25:2,4 25:14,16,19,20,21,22,24 26:1,18,22 27:1,5,11 27:14,21,25 29:25 30:2,3,24 31:16 35:5
drugs 7:21,23
due 7:6 13:4
Duran 27:18 28:8,9
duties 29:11

E

E 44:3,3
earlier 6:18 11:24
early 23:11 27:10,25 28:11,16 32:3
Eduardo 24:13
effective 4:7 38:23 43:7
effectiveness 39:3
effectuate 15:2
effort 35:15
efforts 27:14
Efrain 23:5
either 19:13
EI 24:14 35:20
elect 41:7
element 13:3
elements 13:2,18 43:2
elicit 31:12
eligibility 17:21 18:6

Email 1:25
embodies 18:13
emphasized 39:24
employed 33:13
encourage 4:13
endeavored 13:3
enforcement 28:25 29:9 30:7,11 31:10,13,15 32:16,23 33:10,15 34:14,16,17,21 35:21
enforcer 31:11 33:18
engaged 4:25
English 9:16,20
enlist 25:1
enter 8:6 20:6
entered 12:17,22 22:12,17 35:10 43:4,6
entering 11:20 38:21 42:22
enters 5:4
entire 40:13
entitled 41:9
entry 4:18 9:5 19:24 36:17 39:4
equal 39:13
equals 16:21
equipment 27:4 36:6
error 18:4
ESQ 1:18
essential 11:19 25:7 43:2
essentially 12:16 13:14
establish 35:4 37:16
estate 26:17,19
esteemed 10:4
estimate 40:11
et 33:24
Eugenio 1:8 3:3 7:13 29:22,24 30:23 36:11 42:21
evaluate 10:11 19:10
eventual 25:10
eventually 21:5
evidence 2:6 9:24 10:15 20:12
examine 9:11
exceed 37:14
exceeds 38:7
excessive 37:4
exchange 37:11
exclusion 41:11
Exhibits 2:5,6
existence 32:21 34:6
expanded 29:9
expenses 26:1,2 27:9
explain 3:21
export 23:3
exported 22:3,8
exporting 24:6
expressly 16:5,6
extensive 24:8
extent 19:10
extra 10:25
extract 31:5 33:1
extradited 41:24
extradition 15:4 39:10
ex-sisters-in-law 29:23
ex-wife 30:22,25 31:17

F

F 44:3
face 15:4
fact 6:2 10:23 11:1 14:10 43:1
facts 5:3 16:2 36:15 37:8
factual 9:5 10:18,19 11:2 19:24 20:3,4,8,15 21:8 36:16 43:19
familiarize 9:23
family 25:5,8 29:20,20 30:1,5,9,10,13
far 7:16
farm 31:24 32:3,19,19 35:19,22 36:3
favor 27:11
Fax 1:24 44:9
fear 33:11 34:20
feared 31:9 33:15
Federal 10:11 14:3,18 19:4 20:10,12
Felipe 20:20 21:5,12
Ferguson 1:22
Fifth 6:20 8:17 9:19 12:1 42:18 43:11
file 19:13,19,20 36:25 37:18 38:3 39:2 43:20
finance 27:8
finances 24:24 25:3 29:8
financial 25:13 26:20,24
find 43:6
finding 42:20
findings 17:6
fine 15:17,22 37:4,6
first 12:17 13:3 15:10 17:7

five 12:3,25 15:17,22 17:17
FL 1:16,19,24 44:9
flee 30:13 35:22,25 36:2
flew 24:12
flights 23:22 27:14
Florida 1:1,6 22:10 29:20,21 30:2,6,10,13,21,23
    31:1 33:24
flown 23:25
fluent 3:12
fly 23:15,17
flying 24:17
follow 40:6
followed 15:16,21 28:14
following 4:9 17:6 21:25 31:23
follows 15:9
Fomeque 27:22,23
foot 36:1,2
force 12:6 13:11 43:4
forced 38:13
forcing 6:6
foregoing 44:4
forfeited 30:8
forfeiture 36:21,24,25 37:5
form 25:25 33:12
former 3:25 10:9
forth 10:24 12:13
fought 35:4
four 17:14 29:23
Freedom 42:11
freely 11:21
frequented 26:21
frequently 24:15 27:21 28:7
Friday 43:13
front 8:20 9:5
full 7:12 38:23
fully 3:21 11:12,20 20:9 42:21
fund 27:2
funded 35:7
further 24:1 25:9 33:15
furtherance 10:8
furthermore 9:1 18:15 20:3 37:21

G

Garcia 2:11 3:6,23 6:10 30:14
Garcia 12:9 30:18,20,21,23,24 31:6,9,12,14,15
    31:20,21,24,25 32:3,4,5,6,10,12,15,18,19
    33:13,19,21 34:3,4,5,11,15,17
general 8:13
generally 24:2 25:25 28:21,22
generated 25:20,21
gentlemen 18:2
Giraldo 12:9 30:14,18,20,21,23,24 31:6,9,12,14
    31:16,20,21,24,25 32:3,4,6,6,10,12,15,18,19
    33:13,19,21 34:3,12,15,17
Giraldo's 34:4,5
give 4:12 6:25 40:19 41:18
giving 6:1
go 3:16 4:3 5:2 7:16 11:17,19 32:10 38:18 40:18
    42:9
goes 13:22
going 6:17 36:19
Gomez 24:14
good 3:1,2 43:25
govern 18:19
government 1:13 3:5,17,23 5:11 10:15,22,23
    12:15 16:6,8,16,22,23 17:3 18:10,15,22 19:2
    19:18,19 37:12,18 39:8,11,15,19 40:4,8,14,23
    41:10,15
governments 15:3
government's 3:12 5:19 8:9 9:5,24 36:16 37:17
go-fast 28:5,18,22
Grajales 23:6 27:17
grant 19:20
greater 15:15 16:21 39:18
grenades 36:5
grouped 18:12
groups 35:6
growing 30:11
guideline 14:9 16:9,18 17:7 18:1,9,14,24 19:1
    37:15
guidelines 10:12,12,14:3,8 16:10 17:8,15,24,25
    18:12,19 19:3 20:12 37:24 39:12,16,17
guilty 4:10,14 5:4 6:19,19 8:6 9:6 10:1 11:25
    14:20 19:24 20:2,4,7,8 36:17 38:11,11,12,14
    39:5 40:7,20 41:18 42:18,18,19,25 43:10

H

half 27:22
hand 5:14

handled 28:7
handling 24:24
happening 8:3
head 32:8,12
headed 20:25
heard 5:16
hearing 3:5 10:25 19:14,15 43:13
heavily 26:18
held 25:23
help 29:25
helped 35:15
helping 10:10
Henao 23:5
Hernandez 23:6
Hernando 24:14
hiding 35:20
high 7:17
higher 18:17 41:17
highest 41:12
high-ranking 20:24 21:2,6,11 22:6 32:25 33:5
hitting 32:7
holding 32:7
homes 30:5
Honor 3:9 5:11,22,25 6:4,8,15,16 7:4,22,25 8:4
    8:7,11,15,19,22 9:3,7,10,13,17,21 10:2 11:11
    11:15 12:11,14 13:15,19,25 14:14 15:7,25
    16:15 17:2 18:21 19:6,22 20:14 22:13 35:24
    36:18 37:9 38:1,9 39:7,23 40:11,17 41:21
    42:2,6,16 43:16,18,24
HONORABLE 1:11
hours 7:24
house 25:19
houses 25:14,17,19,24
Housing 11:5
hydrochloride 22:19
hypothetical 4:5,11,17

I

identification 2:6,19
identified 3:24
identify 2:17
illness 7:21 8:2
impact 10:11,11
impacts 4:6
import 12:2
importation 12:20,20,24 25:11 28:15
impose 14:2,9,10 15:12,17,19,22 16:9,11,12
    17:7 37:7
imposed 14:12 37:11,13 38:6
imprisonment 14:17,24 15:12,14,15,20,21
    16:12 39:21
incentive 4:13
included 21:14 22:9 25:20 26:2,14,16 27:2
    29:22 30:16 31:14 32:6 38:16
includes 21:16
including 9:19 10:21 26:10 34:8 36:5 37:4
incorporated 19:25
incorrect 37:23
increased 22:23,25 24:25 27:13
increasing 29:9
incurred 26:2
independent 43:1
INDEX 2:5,10,14
indicated 2:19 5:18
indicates 36:23 40:12
indicted 33:22
Indictment 6:20 8:17,18 9:19 10:6,14 12:1 13:6
    42:18 43:11
Indictments 8:9,13 9:18
individual 25:1
individuals 24:16 33:1,3,6,9
inducing 12:8
industry-standard 2:19
inform 16:2
informant 32:15
information 3:22 31:5 33:2,9,20 42:12
informed 6:11 14:15 42:22
initial 4:21
initialing 9:15
initiating 36:23
innocence 41:9
insisted 32:15
instill 33:11
instilling 34:20
instruct 31:4,11
instructed 31:24
instructions 31:20 33:19
instruments 26:21
intelligently 38:22

intent 4:25 5:2
intercepted 28:25
interdiction 27:13
interest 6:3,6,12
interpreter 5:15,22
interrogate 31:22 32:5
interrogated 33:20
interrogation 33:13,17
intervals 32:9
invest 26:18
invested 24:19 27:15
investigation 14:5 19:12 30:12 42:11
investigations 32:23
investing 24:20
investments 25:5 26:17
involved 12:24 15:11 17:9 20:21,22 26:24
involvement 20:1
involving 36:21,24
Islands 30:3
issues 3:7 38:18
it's 4:5 7:8 17:4 22:13
Ivan 23:6 27:17
I'm 3:12 6:17 10:4 13:20 36:1,11
i.e 2:20

J

Jairo 12:9 30:14 31:5
January 1:7 20:23 28:9,17 35:18
jeopardy 37:2
Jhon 12:9 30:14 31:5
jointly 16:8 17:5
Jose 23:5
Jr 1:22
Juan 20:19 21:1,11 22:11,16,21 23:14 24:9,23
    27:17
JUDGE 1:11
judgments 17:23
July 29:4
June 30:19,24 31:16
jury 41:14
justice 12:5 13:4 17:20

K

kept 26:23
key 28:9
kidnap 31:5
killed 33:6,21
killing 12:8
kilograms 12:3,25 15:11 17:9 29:2,4,5,17,18
knew 25:8
know 6:22,25 10:5
knowing 6:11 42:25
knowingly 12:7,22 13:11,12 37:21 38:22
known 12:9 21:15,18 24:10,14,15 27:23 30:14
    34:8

L

laboratories 22:18 23:1,8,9,17 26:4,4,6,8
laboratory 26:3
land 22:23,25 24:3 26:17,18
languages 3:13
large 22:23 28:17,21,23 36:10,12
Lastly 40:12
late 23:2,11 29:19,21
laundered 30:2,4
laundering 27:5 29:24 35:14 36:9
law 12:19 28:24 29:9 30:7,11 31:10,13,15 32:16
    32:23 33:9,15 34:13,16,17,21 35:21 38:4 39:3
    41:13
lawyer 4:21 5:24 6:2
leading 35:2,16
learning 30:19
led 21:10
legal 4:22
length 3:9 11:3 14:25
level 16:18,21,22,23 18:17,18 39:12,13,17,18
levels 16:17
life 14:17,19 15:17 16:12
lifestyle 27:8
lifestyles 30:1
limitation 16:11
Line 2:7,7
listed 16:25
live 33:17
living 30:1
load 28:23 29:18
loads 23:18 24:12,18 28:20,20,21,22,23 29:1,6
    29:14,16,17
located 23:23

locating 36:22
location 10:25 31:21
locations 22:8 26:10
long 14:25 15:14 39:14,18
long-time 30:15
lost 41:16
low 39:16
Luis 24:14 27:23
lure 31:20
luxurious 30:1
luxury 30:5,5,8,8

**M**

M 1:11
maintain 28:12
maintained 25:13,15
major 22:6 23:4 24:4,13 27:16
majority 27:19
making 6:11
malice 12:7 13:12,21,21
manage 25:4
manager 21:11
mandatory 12:24
manner 38:6
maritime 27:11,16,20 28:1,6,20
Marked 2:6
matter 4:12 38:15 42:6 44:5
matters 5:20 19:13
maximum 14:11,17 15:9,13,19,23 37:14 38:7
ma'am 38:25
MEDINA 1:21 44:7
meet 11:5 31:3,24
meeting 31:18,19,21,23 32:1
meetings 10:13
member 20:25 21:2,6 22:6 29:7 31:4,4,23 35:12
   35:16
members 22:2 26:15,25 29:20,20 30:1,5,9,13
   32:2,5 33:5 34:10,19 35:4 41:15
mental 7:20 8:1
met 11:6
method 24:6 30:4
methods 27:13 32:6
Mexican 24:7 28:14
Mexico 22:3 23:18,22,25 24:2,12,18 26:11
   27:12,20 28:3,5,13,14,24
Miami 1:2,6,16,23,24 44:8,9
MICHAEL 1:14
michael.davis2@usdoj.gov 1:16
mid-1980s 22:11
mid-1990s 22:1 27:25
Miguel 27:18 28:8,8
Mil 12:9 30:14
military-type 36:5
million 15:18 25:16,16,18,18
millions 29:25
mind 13:22
minimum 12:24 15:12,16 26:24
misdefined 13:20
misspoke 36:1
moment 43:15
moments 5:18
money 30:21 35:14 36:8
monthly 27:15 28:20
months 39:21
Montoya-funded 27:3
morning 3:1,2 6:18 8:3
mother 29:22
motion 3:12,14 5:19 19:2,13,19,20 38:3 39:2
   43:16
moving 29:20
multiple 3:18,19 4:2 10:20 29:16 32:4
multi-ton 23:3 27:15 28:21
multi-year 34:25
munitions 36:4
murder 13:8,9,10 33:8 34:4,6,11 35:4
murdered 13:10 28:9

**N**

name 7:12
names 26:25
narcotic 7:21
National 35:19
nature 19:10 42:23
near 35:20
necessary 15:2
necessitated 29:10
needed 25:1
negotiate 5:1
negotiated 37:12

negotiating 4:23
nephews 29:23
network 24:9 28:12
nevertheless 11:6
nice 44:1
niece 29:23
North 1:23 21:16,19,23,24 22:1,2,7 23:19,20,24
   24:9,13 25:22 26:5 35:2,5 44:8
northern 22:24
note 4:22
notice 36:24
number 10:13 13:2 15:14,20 18:6 28:25 33:25
   34:7,18,23
numbers 28:23
numerous 34:9 35:23 36:3
N.E 1:15

**O**

objection 43:18
obligation 19:20
obligations 39:14,19
obstruct 13:4
obstruction 12:4 17:20
obtained 27:3
obtaining 30:16
Ocampo 27:23 30:22
occur 16:25
occurred 21:7
October 30:7 34:25 35:9
offense 16:18,21,22 17:7,9,11,13,14,16,24 18:1
   18:9,17,18 39:12,13,17
offenses 12:13 13:18 14:16 20:2,5 38:11 43:2
Office 1:15 14:6 16:2 19:8,9,13 36:21
officers 35:18
Official 1:22 44:8
oftentimes 26:15
Okay 7:3
old 7:14
Oliva 1:18,18 3:6,9,11,15,18 4:1,10,12,13,15,25
   5:1,9,11,18 6:16 7:4,10 8:5,7,14 9:22 10:2
   13:17,19,25 18:3 43:16,21
Oliva's 3:25 4:6,18,22
oliva@rojasoliva.com 1:20
once 4:14 20:6 24:1 33:16
ongoing 3:18 30:11
open 43:19
operated 26:4
operating 21:23 22:17,19 23:7
operation 23:9
operations 21:14
opinion 8:5
opportunity 3:7 6:25
order 6:18 12:23 13:9 15:2 32:22 33:1
organization 20:25 21:3,6,9,10,22 22:7,8,25
   23:2,7,12,15,16,19,20,24 24:4,12,18,25 25:1
   25:4,12,14,15,21 26:1,2,3,6,7,9,13,15,18,21
   26:23 27:1,10,15,22 28:1,4,7,8,10,12,17,19
   29:6,7,8,12,13,19 30:12,15,17 31:4,4,8,11,23
   32:2,5,22,24,25 33:2,5,6,7,8,14,14,18 34:8,10
   34:13,20,23 35:1,1,7,13,14,15,16 36:9
organizations 21:23 24:8 35:3,9,10
organization's 21:13 24:11,24 25:2,9
Orlando 23:5
other's 35:3
outcome 35:17
outlined 13:6
outside 27:2 31:25
oversaw 23:14 25:13 27:5 29:24
oversee 25:5
overseeing 25:2,12
owned 23:12,18,23

**P**

Pacific 28:2
page 2:2,7,7,11,15 8:24 9:9 14:2 20:16
pagers 30:17
pages 8:21 9:2,6,12,15
paragraph 11:24 14:2,15,21,23 15:1,8 16:1,7,16
   16:25 17:3 18:22 19:7,9,19,23 36:19,23 37:10
   38:2,10 39:8,11,24 40:12 42:8,9
part 14:4 21:23 25:5,12 29:5 42:13 43:19
participant 36:8
participating 24:17
participation 22:5
particular 8:16
parties 14:19
parts 32:7
passing 33:9
paste 26:5

Patino 27:22,24,25 28:7
pause 6:25
pay 26:1
paying 26:6,8,11
Pembroke 1:19
penalties 15:9,23
penalty 13:10 37:7
pending 13:5,8 34:2
perceived 34:16
percentage 24:19
Perez 30:22
period 20:24 34:3 35:13
permitted 37:14 38:7
personal 4:13 16:19 27:8
persons 12:18 26:7,8,11 33:14
pertinent 16:3
Peru 23:16
pesos 27:7
petition 38:3
phones 30:17 32:2
physical 8:2
Pines 1:19,19
Plaintiff 1:5
planes 23:15
planning 30:20 34:3,5
plastic 32:8
plea 1:10 4:20 5:4 6:13,19,19,19 8:6,21 9:2,6
   10:1,17,18 11:17,21,25 14:11,20,21,23 15:1
   15:19,24,25 20:4,7,8 36:17,19 39:5,15,19
   40:7 42:8,22,23,25 43:1,6,9,17
plead 4:10,14 11:25 38:12 42:17
pleading 20:2 38:11,13 40:20 41:18
please 3:1,4 5:13 6:22 7:11 9:23 12:13
point 35:10
Police 35:19
policy 14:3
port 28:2
portions 24:20
ports 26:10
position 31:7
possession 17:12
possible 10:7,14 15:23 38:17,18
post-arrest 35:23 36:4
potential 3:16 4:2,4,5,12 5:6,7,19,23 6:6,12
   10:11 14:17 34:13,15,19,23
potentially 10:3
prediction 40:3
prefer 7:8
prepare 14:6
presence 40:24
present 6:7
presented 43:3
presentence 14:5
pressure 6:5 29:10 30:11
presumption 41:9
prevent 33:9
preventing 34:16
prevents 8:2 19:2
previous 10:3
previously 16:7
primarily 29:8
primary 24:5
prior 8:8 9:14
prison 41:25
Privacy 42:12
probable 40:1
Probation 10:9 14:5 17:4
Procedure 14:18 19:4 20:11
proceed 9:25
proceeded 32:5 40:21
proceeding 13:5,7 36:24 37:1
proceedings 36:21 44:5
proceeds 25:4,14,16,19,20,21,24 26:1,18 27:2,6
   29:25 30:2,4,25 31:16 35:8
process 41:4
processed 22:3 23:16,18,25 26:6
processing 21:17 22:18
producing 12:8
produced 14:8 16:10 22:8
producers 23:10
producing 22:18 23:3
production 23:1 35:6
proffer 43:19
proffered 10:15
profits 24:24
prolific 22:2
prominence 22:22
prominent 25:22
promise 40:3
promises 40:15

prompted 30:12
proof 41:12
property 26:22 30:10 36:25
prosecution 34:18 42:11
prosecutions 34:15,19,24
prosecutor 5:17
protect 32:22
protections 20:10
prove 12:16 13:9,14 41:10
provide 4:7 19:8 36:20
provided 10:20 19:16 26:12 33:3 38:21
provision 12:18,19,19 38:4 39:3
public 34:2
punish 33:10
purchase 30:4
purchased 24:18
purchasing 23:9 24:20 26:3,5
purpose 11:1 31:22 32:1 34:12
purposely 26:23
pursuant 14:17,21 16:16 18:15 19:23
putting 6:5

**Q**

qualify 17:11,17,19
qualities 23:3
quality 24:7
question 6:23
questioning 32:11,12 33:16
questions 5:10 6:18,22 7:6

**R**

R 44:3
raise 5:14 38:17,19
raising 4:8
Ramirez 24:10 27:17
ranches 23:23
range 14:9 16:10 18:24 19:1 37:15 40:1
ranged 29:17
rarely 33:17
Rasguno 24:15
reached 15:3
read 3:11 5:18 11:18 16:7 18:2,16 36:16
real 26:17,19
reason 20:7
reasonable 41:11
recall 10:24
receive 8:9 39:9
received 2:6 11:13
recitations 20:1
recklessly 33:13
recognition 16:19
recommend 16:8,17,22 17:5 18:23,25 39:9,15 39:20
recommendation 40:4,5,8
recommendations 16:3,24
recommended 18:16
recommending 19:16
record 3:11,22 5:6,7 6:24 11:18
records 42:10,10
recruited 25:4
reduce 16:17,22
reduced 19:17
references 21:9
reflecting 19:15
reflects 11:25
regard 31:7
regarding 10:21 16:4 20:1
region 21:15
regions 22:24
reject 14:22
rejected 10:23
relates 10:17
relayed 33:18
release 15:16,21
released 37:19
relied 31:6
rely 14:4
remain 7:5 41:7 43:19
remained 20:22 35:12 36:7,10,12
remains 32:20
remote 31:21
report 14:5
REPORTED 1:21
Reporter 1:22 44:8
Reporter's 2:3
represent 4:11,15
representation 5:24 6:7 11:13 38:20 39:4
representations 40:15

represented 3:15 40:22
reputation 4:22
request 3:5 7:5
requested 10:22
requests 42:10
required 14:7,9 16:24 40:23
requirements 36:24
requires 19:18
reserves 16:2 19:10
residing 30:9
resolution 5:1
resolutions 4:24
resolve 4:19
respect 7:7 12:15 13:5,23 15:8 40:5
respectfully 7:4
respectively 29:3
responsibilities 29:9 30:16
responsibility 16:20 17:22 18:7
responsible 24:23 25:2 26:8 29:8
Restrepo 24:13
restricted 16:4
result 14:12 27:13 29:12 37:15,23 40:7 43:4
results 14:4 18:17 39:17
retain 10:9
retained 10:10
retaliating 34:15
return 30:13
review 11:1
reviewed 10:5,6
revisions 10:22
rifles 36:5
right 3:10 5:14 7:2 9:25 11:22 16:2 19:10 37:11 37:13,18,20,22 38:3 39:1 40:22,25 41:1,5,16 42:10
rights 37:19 40:19 41:19
river 32:20
Rojas 1:18
role 17:18 25:12 26:14 30:18
rose 22:1
routes 27:11
RUBEN 1:18
rule 19:3 20:10,12
Rules 14:18 19:4 20:11,12
rural 21:16 31:25

**S**

S 1:14
Sanchez 1:8 3:4,8 4:7,9,14,16,19,25 5:4,10,13 5:16 6:17 7:11,13 8:8 9:4 11:9,17 14:1 20:16 20:19,19,20 21:1,2,5,11,12 22:11,14,16,17,21 22:22 23:13,14 24:23,23 25:3 26:16 27:8 28:4 29:10,11,22,24 30:22,24,25 31:3,6,9,11,14,17 31:19 32:25 33:4,19,22 34:1,7,9,12,18,22 35:25 36:11,15 40:19 41:22 42:15,21 43:10
satisfaction 37:6
satisfied 6:10 11:12 38:20
school 7:16,17
seal 43:17
search 36:4
seat 3:4
seated 3:1 7:5
second 7:17 12:22 13:4
sections 18:10
secure 13:9
security 26:12
see 43:23
seeking 19:2
seized 28:25 29:6 30:8
seizure 29:3,4
seizures 29:1,1 30:10
select 41:15
send 23:21
sent 27:20 28:22
sentence 14:2,7,9,10,12,24 15:13 16:3,4,9,11 17:6 19:17 37:11,13,14,20,22,23 38:5,6,7 39:16,20,25 40:1,5 41:25
sentenced 14:19 19:15
sentencing 10:12 14:3 16:9,10,17 17:8,23,25 18:24 19:1,14,14 20:11 37:16,24 38:19 39:12 39:16 40:1,8 43:12
September 36:13
serve 41:25
served 21:2,20 39:9
services 26:12
set 12:13 30:3
settle 26:22
Seven 17:21
shell 30:2
shins 32:7

shipment 29:13,16
shipments 27:12,16,21 28:6
shipping 28:19
ships 28:4,18,21
shock 32:10
shortly 29:21
show 7:6
SHU 11:4
SIDEBAR 2:14
signature 8:23 9:8
significant 23:4 29:1 34:9
signing 9:14
silent 41:7
similarly 9:11,18
single 25:18
sister 29:22
Six 17:19
slightly 31:2
small 42:8
smaller 28:5
smuggled 24:1,2 26:11 28:21,24
smuggling 25:10 27:13 28:13
Socio 24:14
Solangel 30:22
Solano 27:18 28:8,9
sold 27:3
sole 19:11
somebody 4:23
somewhat 11:5
sorry 13:20 36:1,11
source 21:20 23:4
South 27:4 29:20,21 30:1,6,9,13,21,23 31:1
Southern 1:1 22:9 33:23
Spanish 3:12 9:16,20
spark 35:11
speak 6:23
speaker 2:19
Special 11:4
specializes 4:23
specific 17:11,14
spreading 29:10
spring 29:2
staffed 35:22 36:3
stand 3:19
started 29:13,19
stash 25:14,17,18,19,24
stated 35:24
statement 13:18 21:8
statements 5:17 14:4
States 1:1,4,11,22,23 2:11 3:3,6 6:10 12:3,5,19 12:21,25 13:5 15:3,4 22:4,9 24:1,3,9 25:11,25 27:7,20 28:15 30:7 31:10,13,15 32:13,15,16 33:23,24 34:17,21 41:23 44:8
status 10:25
statute 37:14 38:7
statutory 14:11 15:12,19
Ste 1:19,23
steps 9:23
stood 35:16
store 25:14
stored 25:19,24 27:1
storing 25:17
strategy 31:20
Street 1:15
strength 24:7
subject 16:11 31:19
subjects 33:16
subsequent 34:4,6
subsequently 23:25
substances 12:21
substantial 19:16
substantially 35:17
success 22:22
successfully 28:24,25
sufficient 20:4
Suite 44:8
summarized 11:10
Superseding 6:20 8:17 9:19 12:1 42:18 43:11
supervised 15:16,21
supply 21:20 23:4
support 9:5 19:24 23:12 29:25 35:6,15 36:17
supported 43:1
suspect 31:22
suspected 33:10
switch 27:12
sworn 5:15
system 41:12

**T**

T 44:3,3
table 2:1 7:6
take 30:20 41:16
taken 7:23 9:23
targeted 35:3
tasked 30:21
technique 33:13
telephone 2:18
tensions 35:1
term 14:17,24,25 15:12,13,14,15,16,19,20 16:12 21:8 39:20
termed 21:24
terms 11:19 18:20
testify 40:24 41:2,5
testimony 41:6
Thank 3:19 5:8 7:10 11:8 13:16,24 18:5 22:15 43:24
that's 13:1,6,14 18:4 42:12
there's 13:2 42:6,8
things 12:16
think 3:5 6:13 7:9 13:20
third 12:23
thoroughly 38:15
threatened 38:13
threats 12:6 13:11 33:6 43:4
three 12:16 16:24 17:11
three-level 17:17
time 2:17 6:21,23 10:25 11:1,16 12:12 13:8 19:14 20:23,24 21:3,18 24:5 28:11,16 29:8 30:18 34:3,5 35:3,13 36:7,10,12,23 39:4,9 40:18
timely 16:19
times 28:19
Tocayo 27:23
today 8:8 11:25 42:25
today's 14:6
told 31:13
ton 28:23
Toro 20:20 21:5,12
torture 12:8
total 18:18 39:12,17
traceable 26:20
tracking 34:13
tracts 22:23
trade 22:23
trafficker 24:9 35:2
traffickers 21:19,20,22 22:19 23:5,19,21,24 24:5 24:13,17,20 25:23 26:5,23 27:16 28:14
trafficking 20:21,25 21:9,13 22:2,6,12,17 23:13 24:8,25 25:5,8 27:14,22 28:1,1 35:6,8,14 36:8
transactions 26:14,16,24
TRANSCRIPT 1:10
transcription 44:5
translated 9:16,19 10:19
transport 28:5
transporting 26:9
travel 32:14
traveling 32:13
treated 7:20 18:13 37:6
trial 3:16 4:3,11,16 5:2 9:25 20:9 38:18 40:22 41:16,19
tried 41:14
trip 30:20
truce 35:10
true 19:25 26:25 36:17 37:8,25 38:8 39:6 40:16
Trujillo 20:17
truly 4:6
trust 31:7
trusted 25:1
try 6:22
trying 4:24
turn 6:13 14:1 18:24
Turning 20:15
two 9:14 11:25 12:10,13 13:18 16:17 17:9 20:5 29:1,23 30:8
two-level 17:11,19
typographical 18:4

**U**

ultimate 27:19 28:15
understand 5:23 6:21 11:20 12:10 14:13 15:6 15:23 16:14 17:1 18:20 19:5,21 20:6,13 37:5 39:22 40:10,21 41:18,22 42:14
understanding 3:14 4:18 5:5 8:3 11:9 40:13
understandings 40:15
understood 33:20 34:11 42:13
uneasy 35:10
Unit 11:5

United 1:1,4,11,22,23 2:11 3:3,6 6:10 12:3,5,18 12:21,25 13:5 15:3,4 22:4,9 24:1,2,9 25:11,25 27:7,20 28:15 30:7 31:10,13,15 32:13,14,16 33:23,24 34:17,21 41:23 44:8
unopposed 43:16
unsuccessfully 35:21
upward 17:17,19,23 18:8,23 37:15
urban 21:21
Urdinola 23:6 27:17
use 5:1 27:11 31:5 41:3
uses 21:8
utilized 23:23 28:17
U.S 1:15 16:1 19:8,9,13 36:20 38:3

**V**

Valle 20:17 21:15 22:20,24 23:21 35:20
Valley 21:16,20,23,24 22:1,3,7 23:19,20,24 24:9 24:13 25:22 26:5 35:2,5
Varela 35:1,13
various 26:1
vehicles 26:22
ventures 24:11
versus 2:11 3:3,6 6:10 12:5 33:24
victim 13:10,23
victim's 13:13
Victor 27:22
Victoria 24:14
violate 12:18
violation 15:10
violence 31:5 32:22 33:1,8,12,17
Virgin 30:3
void 14:23
voluntarily 11:21 37:21 38:22 43:3
voluntary 43:1
vs 1:7

**W**

waive 5:5,6 6:6 20:9 37:2,3
waiver 6:11 37:19
waives 42:10
waiving 6:1 36:23 37:13,20,22 38:2 39:1
want 5:4,6,9 7:6 11:19
wanted 4:19 5:3
war 34:25 35:7,8,13,15,17
water 32:8
way 4:20 7:8 15:17 31:21 41:8
weapon 17:12
weapons 36:4
weekly 11:7
well-being 13:13
went 32:3
We'll 43:23
what's 8:3
wholesale 27:4
Wilbur 35:1
Wilkie 1:22
willful 13:13
willfully 12:7,23 13:11
wish 41:3
withdraw 14:11 20:8 40:6
witness 3:16,25 41:6
witnesses 4:2 40:23,25 41:2,3
won't 11:18
word-for-word 11:18
work 28:10
worked 24:4 26:7
writing 10:19
written 8:10,20 11:17 16:5

**X**

X 6:20 12:4 13:2 15:9,19 17:25 18:2,11,13,17 42:17 43:10

**Y**

year 7:17
years 14:25 15:1,13,14,15,17,20,22 16:13
yielded 36:4
you're 11:20 36:23

**$**

$18 25:15
$20 25:16
$250,000 15:22
$4 15:18
$6 25:18
$8 25:18

**1**

1 11:24
1B1.8(a) 20:11
10 14:25 15:12,15 16:13 17:3 36:13
10-year 12:23
11 18:22
11(c)(1)(C) 14:18,21
11(f) 20:10
12 8:21 19:7 41:14
12,000 29:2
12-page 40:13
12-1 1:23 44:8
13 19:9
14 9:6 19:19
14-page 19:24
15 19:23 20:23 35:18
15-year 22:5
150 15:11 17:9
15800 1:19
16 16:21 36:19
17 20:17 36:23
18 42:9
19 37:10
1970 20:17
1980s 23:2,11
1990s 23:11 27:10 28:16 29:19,21
1991 20:22 24:22 25:3
1992 20:22 24:22 25:3
1996 23:8
1997 23:8
1999 33:22

**2**

2 14:2 17:15 18:6 20:16
2A1.2 17:25
2D1.1 17:8
2,200 29:5
2,500 29:17
20 38:2
2000 34:2
2001 29:2,3,9
2002 30:7
2003 21:4,7 28:9 29:12,15 30:19,19,24 31:2,16 32:4 34:25
2004 29:4
2005 35:9
2006 29:15
2007 20:23 28:11,17 35:18 36:14
2009 1:7
206 1:19
21 38:10
22 39:8
2241 38:4 39:2
2254 38:4 39:2
2255 38:4 39:2
23 1:7 39:11
24 39:24
25 40:12
28 21:7 38:3
28th 21:4

**3**

3 2:11 14:2 17:23 18:8
3D1.1 18:10
3D1.2(c) 18:12
3D1.4 18:10
3rd 43:13
3,200 29:17
305.373.6868 1:20
305.523.5518 1:24 44:9
305.523.5519 1:24 44:9
305.961.9027 1:16
3128 1:24
33027 1:19
33128 44:9
33132 1:16
35 19:4
360 39:21
38-years-old 7:15

**4**

4 14:15
4th 1:15
400 1:23 44:8
410 20:12
42 39:13,18
45 2:3
48 7:24

**5**

**5** 15:8
**5K1.1** 19:3

**6**

**6,000** 29:2

**7**

**7** 16:1

**8**

**8** 16:7
**8th** 37:3

**9**

**9** 16:16,25
**9,300** 29:3
**9:30** 43:13
**9:36** 5:15
**99** 1:15
**99-804** 34:2,7,14,18,23
**99-804-Criminal** 12:6 33:25
**99-804-CR-Altonaga** 1:3